UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 28 A 11: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of JAMES R. ALLEN, PH.D.,, <br><br> Plaintiff <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (A/K/A "AMTRAK") AND CSX TRANSPORTATION, INC., <br><br> Defendant. | 04   12080   PBS <br> Civil Action No. |

RECEIPT # _____
AMOUNT $ 150.00
SUMMONS ISSUED NA
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. M.P.
DATE 9/28/04

## DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S NOTICE OF REMOVAL

The defendant National Railroad Passenger Corporation ("Amtrak"), pursuant to 28 U.S.C. § 1349 and § 1441(b), hereby files this *Notice of Removal*. As grounds for removal, Amtrak states as follows:

The plaintiff's *Complaint* was originally filed in the Suffolk Superior Court, Commonwealth of Massachusetts. The complaint was served on Amtrak on or about September 13, 2004. Copies of the *Complaint, Tracking Order* and *Civil Action Cover Sheet* are attached hereto as Exhibit 'A.' The *Complaint* and *Civil Action Cover Sheet* constitute the entirety of the prior pleadings filed with the Superior Court to date.

On or about July 30, 2002, the plaintiff, James Allen, is alleged to have died as a result of the actions and/or omissions of the defendants after suffering a sudden cardiac arrest while riding a commuter rail train from Wellesley, Massachusetts into Boston, Massachusetts.

Pursuant to 28 U.S.C. § 1349, the United District Courts shall not have jurisdiction of any civil action by or against a corporation upon the ground that it was incorporated by or under an Act of Congress, unless the United States is the owner of more than one-half of its capital stock. 28 U.S.C. § 1349. Amtrak was created by the Rail Passenger Service Act of 1970 and the United States owns more than one-half of Amtrak's capital stock. *See* 49 U.S.C. § 24101 et seq. *See also* In Re Rail Collision Near Chase, Maryland on January 4, 1987 Litigation, 680 F.Supp. 728 (Amtrak was created by an Act of Congress and the federal government owns more than half of the respective capital stock of such entity); Pacific Railroad Removal Cases, 115 U.S. 1 (1885) (The Court held that suits involving federally chartered corporation, even one privately owned, were within federal question jurisdiction).

Pursuant to 28 U.S.C. § 1441(b), any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. 28 U.S.C. § 1441 (b).

Thus, the above-entitled action is a civil action for which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1349 and is one which may be removed to this Court by the defendant Amtrak therein, pursuant to the provisions of 28 U.S.C. § 1441.

Wherefore, for all of the above-stated reasons, the defendant Amtrak respectfully requests that its *Notice of Removal* be allowed, and that this case be removed to the United States District Court for the District of Massachusetts, Boston, Massachusetts.

Counsel for the defendant hereby signs this *Notice of Removal* pursuant to Rule 11 of the Federal Rules of Civil Procedure.

                                        Amtrak
                                        Defendant,
                                        By its Attorneys,

                                        Michael J. McCormack
                                        BBO #329680
and
                                        David T. Mitrou
                                        BBO #645775
                                        McCORMACK & EPSTEIN
                                        One International Place
                                        Boston, MA 02110
                                        (617) 951-2929

Date: September 28, 2004