UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D.,<br><br>        Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK"), and CSX TRANSPORTATION, INC.,<br><br>        Defendants. | Civil Action<br>No.: 04 CV 12080 PBS |

## NOTICE OF APPEARANCE

To the Clerk of the above-captioned court:

    Kindly enter my appearance on behalf of the defendant, CSX Transportation, Inc., in the above-captioned matter.

                                              CSX TRANSPORTATION, INC.,
                                              by its attorneys,

                                              */s/ Michael B. Flynn*
                                              Michael B. Flynn      BBO# 559023
                                              FLYNN & ASSOCIATES, P.C.
                                              400 Crown Colony Drive, Suite 200
                                              Quincy, MA 02169
                                              (617) 773-5500

Dated: October 6, 2004