UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARLENE V. ALLEN, Executrix of the Estate of
James R. Allen, Ph.D.,

    Plaintiff,

v.

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, NATIONAL RAILROAD
PASSENGER SERVICE (a/k/a "AMTRAK"), and
CSX TRANSPORTATION, INC.,

    Defendants.

Civil Action
No.: 04 CV 12080 PBS

**NOTICE OF APPEARANCE**

To the Clerk of the above-captioned court:

Kindly enter my appearance on behalf of the defendant, CSX Transportation, Inc., in the above-captioned matter.

CSX TRANSPORTATION, INC.,
by its attorneys,

_____
Michael B. Flynn    BBO# 559023
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169
(617) 773-5500

Dated: October 6, 2004