**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., <br>    Plaintiff, <br><br>v. <br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC., <br>    Defendants. | CIVIL ACTION <br> NO: 04-12080 PBS |

**PLAINTIFF'S AFFIDAVIT OF PROOF OF SERVICE**

I, Bradley M. Henry, attorney for the Plaintiff, MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., hereby certify that notice of service of process in the above-captioned case was made upon the following:

    1.    **Defendant, Massachusetts Bay Transportation Authority.** Copies of the Summons, Complaint and Demand for Jury Trial, Civil Action Cover Sheet, Tracking Order and Requests for Production to each Defendant, were served upon Michael H. Mulhern, as General Manager, by in-hand service by a Constable of Suvalle, Jodrey & Associates, on September 13, 2004, as per the attached copy of the Officer's Return of Service (**Exhibit A**). Consequently, service was perfected on September 13, 2004.

    2.    **Defendant National Railroad Passenger Corporation (a/k/a "Amtrak").** Copies of the Summons, Complaint and Demand for Jury Trial, Civil Action Cover Sheet, Tracking Order and Requests for Production to each Defendant, were served via Certified Mail, return receipt requested, pursuant to Mass. Gen. L. C. 223A (the Massachusetts Long Arm Statute) on September 10, 2004, to the said Defendant's address, Attention: David L. Gunn, President and CEO, and was

signed for on September 13, 2004, as per the attached copy of the signed, return receipt card. **(Exhibit B)**. Consequently service was perfected on September 13, 2004.

3. **Defendant, CSX Transportation, Inc.** Copies of the Summons, Complaint and Demand for Jury Trial, Civil Action Cover Sheet, Tracking Order and Requests for Production to each Defendant, were served upon Yvette Concepcion, Receptionist for CT Corporation, as Registered Agent for CSX Transportation, Inc., by in-hand service by a Constable of Suvalle, Jodrey & Associates on September 13, 2004, as per the attached copy of the Officer's Return of Service. **(Exhibit C)**.

Dated this 7th day of October, 2004.

Respectfully submitted,

Plaintiff, MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., by her attorneys,

_____
Leo V. Boyle, Esq., BBO No. 052700
Bradley M. Henry, Esq., BBO No. 559501
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108
(617) 523-8300

### CERTIFICATE OF SERVICE

I, Bradley M. Henry, certify that on October 7, 2004, I served an exact copy of the Plaintiff's Affidavit of Proof of Service, in accordance with the time standards applicable to this action based upon its track designation, by serving an exact copy thereof via First Class U.S. Mail, postage prepaid, to William J. Dailey, Jr., Esq., and Harry A. Pierce, Esq., Sloan and Walsh, Three Center Plaza, Boston, MA 02108, Attorneys for Massachusetts Bay Transportation Authority, Michael J. McCormack, Esq. and David T. Mitrou, Esq., McCormack & Epstein, One International Place, Boston, MA 02110, Attorneys for National Railroad Passenger Service (a/k/a "AMTRAK"), and to Michael B. Flynn, Esq., Flynn & Associates, P.C., 400 Crown Colony Drive, Ste. 200, Quincy, MA 02169, Attorney for CSX Transportation, Inc.

_____
Bradley M. Henry