# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. SUCV2004-03234-B

Marlene V. Allen, Executrix of
the Estate of James R. Allen, Ph.D., , Plaintiff(s)

v.

Massachusetts Bay Transportation Authority,
National Railroad Passenger Service (a/k/a "AMTRAK"),
and CSX Transportation, Inc., , Defendant(s)

## SUMMONS

Michael H. Mulhern, General Manager
Massachusetts Bay Transportation Authority
10 Park Plaza, Room 3910, Boston, MA 02116

To the above-named Defendant:

You are hereby summoned and required to serve upon Bradley M. Henry, Esq., Meehan, Boyle, Black & Fitzgerald, P.C. plaintiff's attorney, whose address is 2 Center Plaza, Ste. 600, Boston, MA 02108, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the Ninth                    day of September              , in the year of our Lord two thousand Four                    .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITA*

FORM CIV.P. 1 3rd Rev.

EXHIBIT A

# THE COMMONWEALTH OF MASSACHUSETTS

**OFFICER'S RETURN:** __SUFFOLK__ SS. __BOSTON, MA.__ September 13, 2004

I THIS DAY, CERTIFY AND RETURN THAT I HAVE SERVED THE WITHIN

__SUMMONS AND COMPLAINT__

UPON THE WITHIN-NAMED __DEFENDANT, MASSACHUSETTS BAY TRANSPORTATION AUTHORITY__

BY HANDING TRUE AND ATTESTED COPIES THEREOF TO

__MR. MICHAEL H. MULHERN__

ITS __GENERAL MANAGER__ AND DULY AUTHORIZED AGENT.

SAID SERVICE WAS MADE AT

__10 PARK PLAZA, ROOM 3910, BOSTON__, MASSACHUSETTS.

**FEE:** 45.00

_[signature]_
Constable ~~and Court Appointed Process Server~~

**ALSO SERVED:**

...and for Jury Trial, Civil Action Cover Sheet, Tracking Order, seven (7) Notices of Taking Deposition, Plaintiff's
...t Request for Production of Documents to Defendant, Massachusetts Bay Transportation Authority, a copy of
...ntiff's First Request for Production of Documents to Defendant, CSX Transportation, Inc., and a copy of Plaintiff's
...t Request for Production of Documents to The National Railroad Passenger Service (a/k/a "AMTRAK")

| | |
|---|---|
| | $ 30 |
| | $ 5 |
| Postage & Handling | $ |
| Travel & Motor Vehicle | $ 1C |
| TOTAL | $ 45 |

All Municipal Fees included
pursuant to Municipal Tax Relief
Act signed in to Law, July 21, 2003
House Bill 4003 Section 20 Chapter 41

---

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax # (617) 720-5737 |