# COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, ss.**                                          **SUPERIOR COURT**

MARLENE V. ALLEN, Executrix
of the Estate of James R. Allen, Ph.D.,
   Plaintiff,

v.                                                        CIVIL ACTION
                                                         NO: 04-03234-B
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY, et al.,
   Defendants.

## AFFIDAVIT OF PROOF OF SERVICE
## COMMONWEALTH OF MASSACHUSETTS

I, Bradley H. Henry, attorney for the Plaintiff, MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., hereby certify that notice of service of process in the above-captioned case was made upon the Defendant, National Railroad Passenger Corporation, and copies of the Summons, Complaint and Demand for Jury Trial, Civil Action Cover Sheet, Tracking Order and Requests for Production to each Defendant, were mailed by Certified Mail, return receipt requested on September 10, 2004, to the said Defendant's address, Attention: David L. Gunn, President and CEO, and was signed for on September 13, 2004, as per the attached original, signed, return receipt card.

Leo V. Boyle, Esq., BBO No.: 052700
Bradley H. Henry, Esq., BBO No.: 559501
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108
(617) 523-8300

**EXHIBIT B**

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ 0.60 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.72 |

Postmark Here — JOHN F KENNEDY STA BOSTON MA SEP 10 2004

Sent To
Street, Apt No.; or PO Box No.
City, State, ZIP+4

DAVID GUNN
Nat. R.R. PASS. Corp
RE: ALLEN

PS Form 3800, June 2002                See Reverse for Instructions

7004 1160 0006 4319 9263

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David L. Gunn, President
National Railroad Passenger
Corp.
60 Mass Ave. N.E.
Washington, DC 20002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Dus Key_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Durr Kegun    9/13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004-1160-0006-4319-9263

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1 5