UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D.,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK"), and CSX TRANSPORTATION, INC.,<br><br>　　　　　　　Defendants. | Civil Action<br>No.: 04-12080-PBS |

**DEFENDANT CSX TRANSPORTATION, INC.'S**
**CORPORATE DISCLOSURE**

　　The defendant, CSX Transportation, Inc., is a wholly owned by CSX Corporation. Except for the foregoing, there are no other publicly held companies which own ten (10%) percent or more of CSX Transportation, Inc.'s stock. CSX Corporation's stock is publicly traded.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　CSX TRANSPORTATION, INC.,
　　　　　　　　　　　　　　　　　　　　by its attorneys,

　　　　　　　　　　　　　　　　　　　　 /s/ Richard A. Davidson, Jr.
　　　　　　　　　　　　　　　　　　　　Michael B. Flynn　　　　BBO# 559023
　　　　　　　　　　　　　　　　　　　　Richard A. Davidson, Jr.　BBO# 552988
　　　　　　　　　　　　　　　　　　　　FLYNN & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　400 Crown Colony Drive, Suite 200
　　　　　　　　　　　　　　　　　　　　Quincy, MA 02169
　　　　　　　　　　　　　　　　　　　　(617) 773-5500

Dated: October 21, 2004