UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D.,<br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK"), and CSX TRANSPORTATION, INC.,<br>    Defendants. | Civil Action<br>No.: 04-12080-PBS |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

This is to certify that the defendant, CSX Transportation, Inc. ("CSX") and its counsel, Flynn & Associates, P.C. ("F&A"), have conferred to establish a budget for the full litigation of the above-captioned matter, as well as a budget for various alternatives. Further, that CSX and F&A have discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR, or full litigation.

                Respectfully submitted,
                CSX TRANSPORTATION, INC.
                by its attorneys,

                /s/ Richard A. Davidson, Jr.
                Michael B. Flynn   BBO# 559023
                Richard A. Davidson, Jr.   BBO# 552988
                FLYNN & ASSOCIATES, P.C.
                400 Crown Colony Drive, Suite 200
                Quincy, MA 02169
                (617) 773-5500

Dated: October 18, 2004

On behalf of CSX TRANSPORTATION, INC.,

/s/ Gary M. Baker
Gary Baker
Manager of Field Investigations
General Claims Department
CSX Transportation, Inc.

Dated: October 27, 2004