UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D.,<br>                              Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC.,<br>                              Defendants. | CIVIL ACTION<br>NO: 04-12080-PBS |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LR 16.1

The undersigned party and counsel for the plaintiff, hereby certify that they have conferred regarding: (a) an anticipated budget for the costs of conducting the litigation in this matter through trial, as well as the costs of conducting the litigation through other courses such as alternative dispute resolution; and (b) to consider, again, the possible resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

The Plaintiff,

/s/ Marlene V. Allen
_____
Marlene V. Allen

Respectfully submitted,
Counsel for the Plaintiff

/s/ Bradley M. Henry
_____
Leo V. Boyle, BBO No. 052700
Bradley M. Henry, BBO No. 559501
MEEHAN, BOYLE, BLACK & FITZGERALD, P.C.
Two Center Plaza, Suite 600
Boston, MA  02108-1922
(617) 523-8300

### CERTIFICATE OF SERVICE

I, Bradley M. Henry, hereby certify that on this 16th day of November 2004, I served Plaintiff's Certification Pursuant to LR 16.1, by electronic filing and by mailing an exact copy thereof, via first class mail postage prepaid to all counsel of record:  Michael J. McCormack, Esq. and David T. Mitrou, Esq., McCormack & Epstein, 1 International Place - 7th Floor, Boston, MA 02110; William J. Dailey, Jr., Esq. and Harry A. Pierce, Esq., Sloan and Walsh, Three Center Plaza, Boston, MA 0210; Michael B. Flynn, Esq. and Richard A. Davidson, Jr., Esq., Flynn & Associates, P.C., 400 Crown Colony Drive, Ste. 200, Quincy, MA 02169.

/s/ Bradley M. Henry
_____
Bradley M. Henry