UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of JAMES R. ALLEN, PH.D.,<br><br>Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (A/K/A "AMTRAK") AND CSX TRANSPORTATION, INC.,<br><br>Defendant. | Civil Action<br>No. 04-12080-PBS |

## DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S RULE 16.1(D)(3) CERTIFICATION

This is to certify that the defendant, National Railroad Passenger Corporation, and its counsel, McCormack & Epstein, have conferred to establish a budget for the full litigation of the above captioned matter as well as a budget for various alternative courses. National Railroad Passenger Corporation has further discussed with counsel the resolution of the litigation through the use of Alternative Dispute Resolution programs. Some of the parties to this litigation have already attended non-binding mediation without success, however, National Railroad Passenger Corporation will continue to consider mediation or other form of ADR should the course of litigation dictate same.

_____
SR. DIRECTOR CLAIMS/LITIGATION
National Railroad Passenger Corp.

_____
MICHAEL McCORMACK, BBO # 329680
MCCORMACK & EPSTEIN

11/16/04