UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Marlene Allen
Plaintiff,

    V.            Civil Action Number
                   04-12080-PBS

MBTA, et al
Defendant.               November 17, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 5/2/05

Plaintiff's expert designation deadline: 6/6/05

Defendant's expert designation deadline: 6/30/05

Expert discovery deadline: 9/16/05

Summary Judgment Motion filing deadline: 6/10/05

Opposition to Summary Judgment Motions: 7/15/05

Hearing on Summary Judgment or Pretrial Conference: 7/27/05 at 2:00 PM

Final Pretrial Conference: 10/31/05 at 2:00 PM

Jury Trial: 11/7/05 at 9:00 AM

                   By the Court,

                   /s/ Robert C. Alba
                   Deputy Clerk