UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D.,<br><br>       Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC.,<br><br>       Defendants. | CIVIL ACTION<br>NO: 04-12080-PBS |

**STIPULATION OF DISMISSAL OF THE
DEFENDANT CSX TRANSPORTATION, INC. ONLY**

  The undersigned parties hereby stipulate, pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), that all claims against CSX Transportation, Inc. are dismissed with prejudice and without costs. It is further agreed that this Stipulation may be executed by the various parties separately and in multiple counterparts, each of which, when so executed and delivered, shall be deemed by the parties to have the force and effect of the original.

Respectfully submitted,

| | |
|---|---|
| MARLENE V. ALLEN, Executrix<br>of the Estate of James R. Allen, Ph.D.<br>By her attorneys, | CSX  TRANSPORTATION, INC.,<br>By its attorneys, |
| /s/ Bradley M. Henry<br>_____<br>Leo V. Boyle, BBO No. 527004<br>Bradley M. Henry, BBO No. 559501<br>Meehan, Boyle, Black and Fitzgerald, P.C.<br>Two Center Plaza, Suite 600<br>Boston, MA 02109<br>(617) 523-8300 | /s/ Richard A. Davidson, Jr.<br>_____<br>Michael B. Flynn, BBO No. 559023<br>Richard A. Davidson, Jr., BBO No. 552988<br>FLYNN & ASSOCIATES, P.C.<br>400 Crown Colony Drive, Suite 200<br>Quincy, MA 02169<br>(617) 773-5500 |

| | |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br>by its attorneys. | NATIONAL RAILROAD PASSENGER CORPORATION<br>by its attorneys, |
| /s/ Harry A. Pierce (signed w/ assent)<br>_____<br>William J. Daily, Jr.<br>Harry A. Pierce<br>Sloan and Walsh<br>Three Center Plaza<br>Boston, MA 02109<br>(617) 523-6010 | /s/ Amy M. Soisson (signed w/ assent)<br>_____<br>Michael J. McCormack<br>David T. Mitrou and Amy M. Soisson<br>McCormack & Epstein<br>One International Place, 7th Floor<br>Boston, MA 02110<br>(617) 951-2929 |

### CERTIFICATE OF SERVICE

    I, Bradley M. Henry, hereby certify that on this 9th day of March 2005, I served the foregoing Stipulation of Dismissal of Defendant CSX Transportation, Inc. ONLY, by electronic filing and by mailing an exact copy thereof, via first class mail postage prepaid to all counsel of record: Michael J. McCormack, Esq., David T. Mitrou, Esq. and Amy M. Soisson, Esq., McCormack & Epstein, 1 International Place - 7th Floor, Boston, MA 02110; William J. Dailey, Jr., Esq. and Harry A. Pierce, Esq., Sloan and Walsh, Three Center Plaza, Boston, MA 0210; Michael B. Flynn, Esq. and Richard A. Davidson, Jr., Esq., Flynn & Associates, P.C., 400 Crown Colony Drive, Ste. 200, Quincy, MA 02169.

/s/ Bradley M. Henry
_____
Bradley M. Henry