# Meehan, Boyle, Black &amp; Fitzgerald, p.c.
COUNSELLORS AT LAW

Two Center Plaza
Suite 600
Boston, Massachusetts 02108-1922

LEO V. BOYLE
PETER J. BLACK
WARREN F. FITZGERALD
JOHN CARROLL
MICHAEL B. BOGDANOW
KAREN R. RISTUBEN
BRADLEY M. HENRY
PETER J. AINSWORTH

TELEPHONE
(617) 523-8300
_____

FACSIMILE
(617) 523-0525
www.MBBF.com

Direct Email: bhenry@mbbf.com

March 24, 2005

| | |
|---|---|
| Michael J. McCormack, Esq., David T. Mitrou, Esq. and Amy M. Soisson, Esq. McCormack & Epstein 1 International Place, 7th Fl. Boston, MA 02110 | William J. Dailey, Jr., Esq. and Harry A. Pierce, Esq. Sloan and Walsh Three Center Plaza Boston, MA 02108 |

    RE:    *Marlene Allen, Executrix of the Estate of James Allen v. MBTA, et al.*

Dear Counsel:

    Enclosed please find the following: Notice of Taking Rule 30(b)(6) Deposition of National Railroad Passenger Corporation (a/k/a Amtrak) with Schedules A and B; Notice of Taking Rule 30(b)(6) Deposition of Massachusetts Bay Transportation Authority with Schedules A and B; Plaintiff's First Set of Interrogatories to Defendant National Railroad Passenger Corporation, (a/k/a Amtrak); and Plaintiff's First Set of Interrogatories Defendant Massachusetts Bay Transportation Authority.

    Recognizing that more than one designee may be needed for these corporate depositions, please let me know as soon as possible whether alternative dates will be necessary to complete these two corporate depositions.

    Thank you for your prompt attention to these matters.

    Very truly yours,

    Bradley M. Henry

BMH/nck
Enclosures                **EXHIBIT I**

@PFDesktop\::ODMA/MHODMA/IMANAGE;BOSLIB;105281;1