**Massachusetts Bay Transportation Authority**

| Jane Swift | James H. Scanlan | Michael H. Mulhern |
| Governor | Secretary and MBTA Chairman | General Manager |

# MEMORANDUM

**TO:**  Anne Herzenberg
Chief Operating Officer

William Fleming
Acting Chief of Police

**FROM:**  Susan Krupanski
Assistant General Counsel

**DATE:**  August 9, 2002

**RE:**  **FREEDOM OF INFORMATION REQUEST**
02-72: Onboard medical emergencies

---

Attached is a Freedom of Information Act (FOIA) or Public Records Request received recently. We need to respond in an accurate and timely fashion and, in this case, no later than **August 16, 2002.**

As the attached FOIA request deals with matters relative to your departmental jurisdiction, **please draft a response, consulting with any appropriate staff as needed to fulfill the request, and send the letter, ready for signature**, to my attention by close of business on **August 16,** where the letter will be checked for compliance with the public records law and signed. Any questions about whether a particular document is subject to disclosure under the law should be brought to my attention. **If no documents are available or exist relative to the request, please forward a memorandum to that end**.

If the request involves more than 30 minutes of search and assembly time (after which we charge the hourly wage rate of the person who will perform the search and assembly) and/or involves a great deal of copying (we charge $.20 per copied page, so multiply the estimated number of pages needed to fulfill the request by this amount), please draft a letter which informs the requesting party that before any work is done to fulfill this request, they must submit a check (made payable to the MBTA) to my attention in the amount estimated. It is important to state in the letter that the pre-paid amount is only an estimate and may change once the actual work is complete. A sample letter is attached for your reference.

Thank you in advance for your cooperation and assistance. If you have any questions, please contact me at ext. 4449.

M 1137

Massachusetts Bay Transportation Authority, Ten Park Plaza, Boston, MA 02116-3974

EX. J

# Massachusetts Bay Transportation Authority

*Jane Swift*  
Governor

*James H. Scanlan*  
Secretary and MBTA Chairman

*Michael H. Mulhern.*  
General Manager

## DRAFT

Address:_____          Date:_____

RE:_____:

    This letter is in response to your recent public records request dated _____ regarding _____.

    Please be advised that the estimated costs of complying with your request are as follows:

Search and assembly time

    __32__ hours at $__22.96__ per hour          $__734.72__

Per page charge

    __136__ pages at $.20 per page          $__27.20__ (Estimate. Pages unknown until assembled.)

Postage          $_____

        **Total**          $__761.92__

    This amount must be paid in advance and is just an estimate which may change when the work is actually performed.

    If you want the MBTA to forward the requested documents to you, please send a check in the amount of $_____, payable to the Massachusetts Bay Transportation Authority, to my attention.

Sincerely yours,

Susan M. Krupanski  
Assistant General Counsel

M 1138

*Massachusetts Bay Transportation Authority, Ten Park Plaza, Boston, MA 02116-3974*

EX. J

# Boston Herald

1 Herald Square, Boston MA 02106

August 8, 2002

Mr. Joe Pesaturo
Special Assistant to the General Manager
Massachusetts Bay Transit Authority
Boston, MA 00666

Re: Public Records request

Dear Mr. Pesaturo:

I am writing to respectfully request any and all incident reports or other documents pertaining to on-board medical emergencies on MBTA commuter rail or subway lines that required an ambulance response dating back to Jan. 1, 2000 to present.

While I know your office is extremely busy, please note that I am making my request under the state's Public Records Law. While the Boston Herald is willing to pay all applicable processing fees, if possible I would like an fee estimate in advance.

If there's anything I can do to expedite this request, don't hesitate to call me at (617) 619-6636. My fax number is (617) 619-6655.

Thank you for your time and effort in this matter.

Sincerely,

Doug Hanchett

M 1139