UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D.,<br><br>         Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC.,<br>         Defendants. | CIVIL ACTION<br>NO: 04-12080-PBS |

**JOINT MOTION TO EXTEND DESIGNATION OF LIABILITY EXPERTS
(BUT NOT OF CAUSATION OR DAMAGES EXPERTS) BY TWO WEEKS**

 Plaintiff and defendants National Railroad Passenger Corporation (a/k/a "Amtrak") and Massachusetts Bay Transportation Authority ("MBTA") hereby jointly move for leave to extend the designation of expert witnesses on issues of liability only (as opposed to designation of experts on issues of medical causation and/or damages) by two weeks.

 As grounds for this motion, the parties state that certain factual discovery relating to liability issues remains due either by Court Order, by ongoing discussions between the parties on particular requests or by pending motions expected to be resolved shortly. Meanwhile, plaintiff's expert designation is set to take place on June 6, 2005 at a time when factual information which may prove important to liability expert opinions has not yet been produced to the plaintiff. Since the defendants' liability experts are scheduled to take place on June 30, 2005, the parties jointly request that the Court extend both deadlines by fourteen (14) days to June 20 (for the plaintiff) and to July 14 (for the defendants.) Nothing in this motion is intended to alter the current dates for designating medical causation and/or damages experts and, further, the parties state that this

short extension is neither intended nor expected to delay, alter or extend any other deadlines currently set in this matter.

WHEREFORE, the parties respectfully request that this Court extend the current designation deadline for liability experts only from June 6 to June 20, 2005 for the plaintiff and from June 30 to July 14, 2005 for the defendants.

| | |
|---|---|
| Respectfully submitted, Plaintiff, Marlene V. Allen, Executrix of the Estate of James R. Allen, Ph.D. by her attorneys | Defendant, National Railroad Passenger Corporation, by its attorneys, |
| /s/ Bradley M. Henry | /s/ David T. Mitrou (signed with assent) |
| Leo V. Boyle, BBO No. 052700<br>Bradley M. Henry, BBO No. 559501<br>Meehan, Boyle, Black & Fitzgerald, P.C.<br>Two Center Plaza, Suite 600<br>Boston, MA 02108-1922<br>617-523-8300 | Michael J. McCormack, BBO No. 329680<br>David T. Mitrou, BBO No. 645775<br>McCormack & Epstein<br>One International Place, 7th Floor<br>Boston, MA 02110<br>617-951-2929 |
| | Defendant Massachusetts Bay Transportation Authority, by its attorneys, |
| | /s/ Harry A. Pierce (signed with assent) |
| | William J. Daily, Jr., BBO No. 112200<br>Harry A. Pierce, BBO No. 399275<br>Sloan and Walsh<br>Three Center Plaza<br>Boston, MA 02109<br>617-523-6010 |

**CERTIFICATE OF SERVICE**

I, Bradley M. Henry, hereby certify that on this 27th day of May 2005, I served the forgoing Joint Motion upon all counsel of record as set forth above by electronic filing and by first class mail, postage pre-paid.

/s/ Bradley M. Henry
_____
Bradley M. Henry