UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., <br>       Plaintiff, <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC., <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No.: 04-12080-PBS <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR WAIVER OF ELECTRONIC FILING

The defendant, Massachusetts Bay Transportation Authority, herewith moves the Court for an Order permitting a waiver from electronic filing of a Stipulation extending the time to respond to a Motion to Determine the Sufficiency of Responses to the Plaintiff's Request for Admission. As reason, the defendant says that his counsel has registered for electronic filing and is presently awaiting an ID and password, which should be forthcoming in the near future.

                    Respectfully submitted,

                    The Defendant,
                    Massachusetts Bay Transportation
                    Authority,
                    By its Attorneys,

                    /s/ Harry A. Pierce
                    William J. Dailey, Jr., BBO #112200
                    Harry A. Pierce, BBO #399275
                    Sloane & Walsh, LLP
                    Three Center Plaza
                    Boston, MA 02108
                    617-523-6010

DATED: May 25, 2005