UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., <br><br>                           Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC.,<br><br>                           Defendants. | C.A. No.: 04-12080-PBS |

### STIPULATION

The parties to the above-entitled action hereby stipulate and agree that time for the Defendant to respond to the Plaintiff's Motion to Determine Sufficiency of the Defendant's Responses to the Plaintiff's Request for Admissions be extended until Tuesday, May 31, 2005.

| For the Plaintiff, | For the Defendant, |
|---|---|
| Marlene V. Allen, Executrix | Massachusetts Bay Transportation |
| of the Estate of James R. Allen, Ph.D., | Authority, |
| By her Attorneys, | By its Attorneys, |
| /s/ Bradley M. Henry, Jr. | /s/ Harry A. Pierce, Jr. |
| Leo V. Boyle, Esq., BBO #052700 | William J. Dailey, Jr., BBO #112200 |
| Bradley M. Henry, Esq., BBO #559501 | Harry A. Pierce, BBO #399275 |
| Meehan, Boyle, Black & Fitzgerald, P.C. | Sloane & Walsh, LLP |
| Two Center Plaza, Suite 600 | Three Center Plaza |
| Boston, MA 02108-1922 | Boston, MA 02108 |
| 617-523-8300 | 617-523-6010 |

DATED: May 25, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, Harry A. Pierce, hereby certify that on this 25th day of May, 2005 I made service of the foregoing document(s), by causing a copy thereof to be mailed, postage prepaid, to the following counsel of record:

Leo V. Boyle, Esq.
Bradley M. Henry, Esq.
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108-1922

Michael J. McCormack, Esq.
David T. Mitrou, Esq.
McCormack & Epstein
One International Place 7th Floor
Boston, MA 02210

_____
HARRY A. PIERCE