UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., <br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC., <br> Defendants. | C.A. No.: 04-12080-PBS |

## MOTION FOR WAIVER OF ELECTRONIC FILING

The defendant, Massachusetts Bay Transportation Authority, herewith moves the Court for an Order permitting a waiver from electronic filing of: The Defendant, Massachusetts Bay Transportation Authority's Opposition to Plaintiff's Motion to Determine Sufficient of Defendant's Objections to Rule 36 Requests for Admissions. As reason, the defendant says that his counsel has registered for electronic filing and is presently awaiting an ID and password, which should be forthcoming in the near future.

Respectfully submitted,

The Defendant,
Massachusetts Bay Transportation
Authority,
By its Attorneys,

_____
William J. Dailey, Jr., BBO #112200
Harry A. Pierce, BBO #399275
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA  02108
617-523-6010

DATED: May 31, 2005

## CERTIFICATE OF SERVICE

I, Harry A. Pierce, hereby certify that on this 31st day of May, 2005, I made service of the foregoing document(s), by causing a copy thereof to be mailed, postage prepaid, to the following counsel of record:

Leo V. Boyle, Esq.
Bradley M. Henry, Esq.
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108-1922

Michael J. McCormack, Esq.
David T. Mitrou, Esq.
McCormack & Epstein
One International Place, 7th Floor
Boston, MA 02210

_____
HARRY A. PIERCE