UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of JAMES R. ALLEN, PH.D., <br><br> Plaintiff <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (A/K/A "AMTRAK") AND CSX TRANSPORTATION, INC., <br><br> Defendant. | Civil Action <br> No. **04-12080-PBS** |

### DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUEST FOR HEARING

Defendant National Railroad Passenger Corporation ("Amtrak") moves pursuant to Fed.R.Civ.P. 56 for summary judgment as to Count III of the plaintiff's Complaint against it alleging a violation of Massachusetts General Laws c. 93A.  As grounds for its Motion, Amtrak states there are no disputes as to any fact material to the issues of law presented herein.  The primary question raised by this Motion is whether as a matter of law Amtrak engaged in "trade or commerce" as that term has been construed pursuant to M.G.L. c. 93A when it operated the subject commuter rail train on behalf of the MBTA pursuant to an Operating Agreement on July 30, 2002.  The grounds for Amtrak's Motion for Partial Summary Judgment are set forth in more detail in the attached Memorandum of Law and attendant Concise Statement of Facts.  Counsel certifies that pursuant to Local Rule 7.1 he has conferred with plaintiff's counsel in good faith and the parties have been unable to resolve this issue.

**Request for Hearing**

Amtrak respectfully requests a hearing on its Motion for Partial Summary Judgment.

                    National Railroad Passenger Corporation,
                    Defendant, by its Attorneys,

/s/ David T. Mitrou
Michael J. McCormack (BBO # 329680)
David T. Mitrou (BBO #645775)
McCORMACK & EPSTEIN
One International Place
Boston, MA 02110
(617) 951-2929

Date: June 10, 2005