UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of JAMES R. ALLEN, PH.D., <br><br> Plaintiff <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (A/K/A "AMTRAK") AND CSX TRANSPORTATION, INC., <br><br> Defendant. | Civil Action <br> No. **04-12080-PBS** |

**LOCAL RULE 56.1 CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS FOR
DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

For purposes of this Motion for Summary Judgment, the evidence in the light most favorable to the plaintiff is as follows:

*Statement of Undisputed Facts*

1. On July 30, 2002, James Allen, suffered a fatal heart attack while commuting from Wellesley to Boston on the MBTA-owned and Amtrak-operated commuter train. (**Exhibit A,** Complaint, Paragraph 6, 19[1]; **Exhibit B,** January 14, 2003 Demand Letter[2]).

---

[1] Pursuant to the Court's Electronic Case Filing Administrative Procedures (Section L(3)) a copy of the Complaint is not included with this filing as it is a pleading "already on file with the Court."

[2] Similarly, a copy of Exhibit B is not included with this filing as the January 14, 2003 letter was included as "Exhibit 1" to the MBTA's Concise Statement of Facts and Memorandum of Law filed with its Motion for Summary Judgment and thus constitutes a "paper" which is "already on file with the Court."

2.    CSX Transportation, Inc. owned the actual stretch of railroad track where Mr. Allen suffered his heart attack and upon which the subject commuter rail train traveled during the incident alleged in the plaintiff's Complaint. CSX was also responsible for providing the dispatching services to the train throughout the incident. (**Exhibit B**).

                National Railroad Passenger Corporation,
                Defendant, by its Attorneys,

                /s/   David T. Mitrou
                Michael J. McCormack (BBO # 329680)
                David T. Mitrou (BBO #645775)
                McCORMACK & EPSTEIN
                One International Place
                Boston, MA 02110
                (617) 951-2929

Date: June 10, 2005