UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARLENE V. ALLEN
    Plaintiff

CIVIL CASE NO. 04-12080

V.

MASS BAY TRANSPORTATION
AUTHORITY, ET AL

    Defendant

### NOTICE OF HEARING ON MOTION

SOROKIN, M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a hearing on the following motion:

    #23    Plaintiffs Motion for Discovery

This hearing will be held on JUNE 28, 2005 at 10:00AM, before Magistrate Judge Leo T. Sorokin in Courtroom # 14 on the 5th floor.

    Sarah Ann Thornton,
    CLERK OF COURT

    By:  /s/ Maria Simeone
Date: June 16, 2005    Courtroom Deputy

Notice mailed to: e-filed/all counsel

**(notice of hearing.wpd - 7/99)**                                                  **[kntchrgcnf.]**
                                                                                     **[ntchrgcnf.]**