UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK" and CSX TRANSPORTATION, INC., <br><br> Defendants. | C.A. No.: 04-12080-PBS |

## DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY 'S MOTION FOR SUMMARY JUDGMENT

Defendant Massachusetts Bay Transportation Authority (MBTA) moves the Court, pursuant to F. R. Civ. P. Rule 56 for summary judgment on the ground there is no genuine issue of material fact and the MBTA is entitled to judgment as a matter of law, for reasons more particularly discussed in the MBTA's Memorandum in Support of Motion for Summary Judgment. Counsel certifies that pursuant to Local Rule 7.1 that he has conferred with the plaintiff's in good faith and no agreement was reached.

The Defendants,
By their attorneys,

_____
William J. Dailey, Jr., BBO No. 112200
Harry A. Pierce, BBO No. 399275
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108
Date: June 3, 2005          (617) 523-6010

## CERTIFICATE OF SERVICE

I, Harry A. Pierce, hereby certify that on this 3rd day of June, 2005, I made service of the foregoing document(s), by causing a copy thereof to be mailed, postage prepaid, to the following counsel of record:

Leo V. Boyle, Esq.
Bradley M. Henry, Esq.
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108-1922

Michael J. McCormack, Esq.
David T. Mitrou, Esq.
McCormack & Epstein
One International Place, 7th Floor
Boston, MA 02210

_____
HARRY A. PIERCE