UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC., <br><br> Defendants. | CIVIL ACTION<br>NO: 04-12080-PBS |

## PLAINTIFF'S MOTION TO EXTEND DESIGNATION OF
## LIABILITY EXPERTS BY AN ADDITIONAL TWO WEEKS

Plaintiff hereby files this motion for leave to extend the designation of liability expert witnesses by an additional two weeks.  As grounds for this motion, plaintiff states that additional factual materials from the defendants which are important to issues of liability have only recently been made available and that neither plaintiff's counsel nor her liability expert has yet finished review of such material for use in expert disclosures.  This further extension is not expected to effect any other deadline in the case.

## LOCAL RULE 7.1 CERTIFICATE

Based on a Local Rule 7.1 Conference held this afternoon, plaintiff's counsel does not expect any opposition to this motion and respectfully requests that it be granted forthwith.

Respectfully submitted, The Plaintiff

/s/ Bradley M. Henry
Leo V. Boyle, BBO No. 052700
Bradley M. Henry, BBO No. 559501
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108-1922      617-523-8300

### CERTIFICATE OF SERVICE

I, Bradley M. Henry, hereby certify that on June 20, 2005, I served the forgoing Motion upon all counsel of record by electronic filing and by first class mail, postage pre-paid.

/s/ Bradley M. Henry
Bradley M. Henry