UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Marlene Allen

                  Plaintiff,                        CIVIL ACTION
                                                      NO.   04-10280-PBS

             v.


MBTA, et al

                  Defendants.



**NOTICE OF RESCHEDULED MOTION HEARING**


SARIS, U.S.D.J.                                       June 23, 2005


      At the request of counsel, the Motion Hearing re Motion for Summary Judgment previously scheduled for July 27, 2005, has been **rescheduled** to **July21, 2005, at 3:00 p.m .**


                                By the Court,


                                 /s/ Robert C. Alba
                                Deputy Clerk


Copies to:  All Counsel


resched.ntc