Jeanne E. Hathaway

VOLUME I

PAGES 1 - 56

EXHIBITS 1 - 3

UNITED STATES DISTRICT COURT

District of Massachusetts

------------------------------

MARLENE V. ALLEN, Executrix of

the Estate of JAMES R. ALLEN,

        Plaintiff        Civil Action

v.                             No. 04-12080-PBS

MASSACHUSETTS BAY TRANSPORTATION

AUTHORITY, NATIONAL RAILROAD

PASSENGER SERVICE (A/K/A "AMTRACK")

AND CSX TRANSPORTATION, INC.,

        Defendants

------------------------------

DEPOSITION of JEANNE E. HATHAWAY

Tuesday, May 10, 2005

McCormack & Epstein

One International Place

Boston, Massachusetts  02108

10:00 a.m.

---------- CAROL A. CARUSO, CSR ----------

JONES REPORT
617-45

**EXHIBIT C**

Jeanne E. Hathaway

5

1  of the sheet that it needs to be notarized, but
2  traditionally the parties agree that that is not
3  something that is necessary, so you don't have to
4  have the errata sheet notarized, you just need to
5  sign it and date it and make the changes that are
6  necessary and send it back to us.
7          THE WITNESS:  Okay.
8          (JEANNE E. HATHAWAY, having been sworn
9  to testify truthfully, responded in answer to Direct
10 Examination by MR. MITROU:)
11              DIRECT EXAMINATION
12     Q.  Could you state and spell your name, please?
13     A.  Jeanne Hathaway, J-E-A-N-N-E, Hathaway,
14 H-A-T-H-A-W-A-Y.
15     Q.  My name again is David Mitrou.  I represent
16 the National Railroad Passenger Corporation, which
17 is also known as Amtrack, one of the defendants in
18 the case brought by the family of Dr. James Allen.
19 Today I am going to take or conduct what is called
20 your deposition.  Have you ever had your deposition
21 taken before?
22     A.  Yes.
23     Q.  On how many different occasions?
24     A.  Once.

33

1  your memory of the events back on August 1st of 2002
2  you would expect to be better than it would be today
3  or at trial?
4      A.  Correct.
5      Q.  And did you find that a review of your
6  statements was helpful to refreshing your
7  recollection about some of the events?
8      A.  Yes.
9      Q.  Okay.
10          MR. PIERCE:  Could I, I do have one or
11  two?
12          MR. HENRY:  Oh, I'm not done.
13          MR. PIERCE:  Oh, I'm sorry.
14          MR. HENRY:  I am done with that part
15          MR. PIERCE:  Sorry.
16      Q.  In the middle of Exhibit 1, right after you
17  make the statement that I did not feel a pulse, it
18  says that, "I said, 'I don't think he has a pulse'
19  and 'Has anyone called 911?' To Susan."  Do you
20  recall any response from anybody about whether they
21  had called 911 or whether they responded to your, to
22  your question?
23      A.  As the next statement says in Exhibit 1, "At
24  some point someone said that the ambulance was going

34

1  to meet us at Back Bay station." I believe I put it
2  there because I was vaguely aware of somebody saying
3  that around that time. I don't know if -- I
4  actually don't know if it was Susan who said that or
5  somebody else who said that, I do remember hearing
6  something around that time about Back Bay station.
7      Q. Okay, that's exactly what I was asking, you
8  don't remember specifically who conveyed that
9  information to you then?
10     A. No.
11     Q. When you arrived at Dr. Allen's seat, was
12 there anybody attending to him right then?
13     A. No.
14     Q. Tell me what if anything you can recall
15 about anybody else that assisted say, let's say
16 before you moved him to the floor, were they male,
17 female passengers, crew members, that type of thing?
18     A. I don't remember anybody else assisting us,
19 although somebody must have helped us lie him down
20 on the seat, but I don't recall who that was or how
21 we exactly got him from the sitting position down on
22 the seat. He was a somewhat heavy man, so I would
23 have needed help to move him gently to the seat, but
24 I don't recall exactly how that happened.

Jeanne E. Hathaway

56

1              CERTIFICATE

2   COMMONWEALTH OF MASSACHUSETTS )

3

4          I, Carol A. Caruso, Certified

5   Shorthand Reporter and Notary Public in and for the

6   Commonwealth of Massachusetts, do hereby certify

7   that there came before me on Tuesday, May 10, 2005,

8   JEANNE E. HATHAWAY, who was by me duly sworn to

9   testify to the truth and nothing but the truth of

10  her knowledge touching and concerning the matters in

11  controversy in this cause; that she was thereupon

12  examined upon her oath, and her examination reduced

13  to typewriting under my direction; and that the

14  deposition is a true record of the testimony given

15  by the witness.

16          In witness whereof, I have hereunto set

17  my hand and seal this 23rd day of May, 2005.

18

19

20          *Carol A. Caruso*

21          Carol A. Caruso, Notary Public

22          My Commission expires:

23          November 20, 2009

24