My name is Dale H. Boam and I reside at 42 Silver Hill Natick (apt #2), MA. 01760 telephone # 508-655-3346. My date of birth is May 30, 1970. I am a legal intern at the Greater Boston Legal Services. And, I am a 3rd year law student at Northeastern.

I am giving this statement to Richard DiNatale, an investigator who has properly identified himself and who is working on behalf of Atty Leo Boyle. It is my understanding that Atty Boyle represents the family of James Allen.

On the date of the incident ~~Wednesday~~ Tuesday July 30th 2002, I boarded the Framingham / Worcester Line toward Boston at 8:34 Am (schedule time) in West Natick. I was alone. I sat in the vestibule of the 3rd train car to the right of the stair case between the first and second level. My back was to the stair case.

I did not notice anything unusual until right before pulling into the station at Auburndale. As we were pulling into the station, I heard someone from the lower level train car say this man is not breathing. I did not know the time.

At this time, I stood and walked to the stair case to the lower level and looked down

Aug 2, 2002    [signature]

the stairs. I observed about 3 to 4 rows up from the stairs three people (2 passengers & 1 female conductor). One of them was standing in the aisle and the other two (one being the conductor) were directly in front of a passenger (Mr. Allen). Mr. Allen was seated in the middle of a two person seat located along the left side of the aisle. I could only see the back of Mr. Allen's head at that time.

As I was ~~returning~~ motioning back to my seat, I could see these three individuals laying Mr. Allen on his seat. His head was toward the window and his feet hanging into the aisle. This occurred as the train was pulling into the Auburndale Station. I am not sure but I believe as we were pulling into Auburndale, I heard over the loud speaker "The conductor was looking for anyone on board with medical training as there was an emergency."

I returned to my seat because I assumed that paramedics would have been called and Mr. Allen was treated at Auburndale. I don't know how long the train was at Auburndale, however. It seemed to be a little longer than a normal stop. And, I thought to myself that train officials were waiting for paramedics. The train pulled out of Auburndale.

Aug 2 '04 — [signature]

Within a minute, I heard a male voice in the lower car say "we have to move him into the aisle."

I stood and looked again down the stairs. And, I could see that the same three individuals were laying MR. Allen in the aisle next to where he had been seated. I could not see MR. Allen as the ones assisting him blocked my view. I was suprised he was still on the train and than I thought the paramedics would meet us at the next station.

At this point, another conductor a male with a greyish thin close cut beard came up behind me. I moved and he continued down the stairs. I recall this person was speaking on a walkie talkie type. I don't recall what he was saying. He was in a hurry and as he reaches the lower level, I heard a passenger say that he had a cell phone and does he need to call 911. This conductor replies, "we got it.

In between Auburndale and West Newton, a male passenger on the first level said we have to move him (MR Allen) up. We don't have room enough for him to work here." The male conductor came back up the stairs toward me followed by the person

Aug 2 2002

Page 4 of 10

who said they needed more room. At this time, several people carried Mr. Allen up the stairs from the lower level. As they brought him up, the male conductor stepped out between the cars and was on his walkie talkie. He was fully aware of what was going on.

As Mr. Allen was carried, he was being moved feet first up the stairs. A male passenger (possibly Kinsella) was between Allen's legs holding underneath his knees. And, he was walking backwards up the stairs. I don't know who held & carried Mr. Allen's head/shoulders. I had turned to step out of the way.

Mr. Allen was laid down on the floor of the vestibule area between levels. His feet were towards the door which lead to the exit and his head was toward the stairs. His face was ashen and I was not sure whether Mr. Allen was alive. His shirt was opened and his pants were unzipped but still around his waist.

The female conductor came up after a couple of seconds with a clear plastic shield for administering mouth to mouth. She placed it in Mr. Allen's mouth which took a couple of seconds. There was another woman holding Mr. Allen's head &

Aug 2, 2004

neck at an angle to help the conductor to put the shield in his mouth. I remember Mr. Allen's eyes being part way (½) opened. It did not appear that he was breathing. Again, this was in between Auburndale and W. Newton.

This person who first came up the stairs was applying pressure / pumping his (Mr. Allen's) chest. At the same time, the female conductor plugged Mr. Allen's nose and began CPR (mouth to mouth). After giving Mr. Allen a breath, she said to the person pumping his chest not to do it while she was breathing. A passenger (female with glasses) who was present said was "the person holding Mr. Allen's head said, "wait til she is done than push 5 times." Kinsella said thats right or words to that effect.

The female conductor continued mouth to mouth in conjunction with the other person pushing on Mr. Allen's chest. The female conductor would blow air into Allen's lungs, and than would say go to the person applying / pumping Mr. Allen's chest. And, he would count out loud to five and stop. Also, Mr. Kinsella said to elevate his legs which was done at that time. This procedure continued with the same group of people.

Aug 2, 2002

As we were pulling into West Newton Station, the male conductor stepped back from the area in between the cars to the vestibule area. Standing next to Mr. Kinsella. Someone said "is he getting any air." The person doing the compression said "I can feel the air on my hands as she blows in." I took this to mean the air was getting into Mr. Allen's lungs. The male conductor with the radio was aware of the severity of the situation because is was obvious. Also, when this conductor stepped back into the vestibule area, it appeared he was finishing conversation with someone on the radio. Several people said, "Are they coming referring to the paramedics." I said it as well.

The conductor said no we have to go through to Back Bay because they can't get down the stairs. We were pulling to a stop at West Newton. I believe Mr. Kinsella said then why are we stopping. Also others (passengers) said the same, why are we stopping. CPR was continuing during this time. It never stopped. The conductor said nothing else. When the train stopped he stepped outside the car and made an announcement over the PA system. He said "we have a medical emergency." If you are getting off, get off & if you setting on

Page 7 of 10

on, get aboard or words to that effect.
This conductor stuck his head BACK into our area, and everyone yelled for him to go. The female conductor said to find out again whether there is a medical person on board. I believe as the train was pulling out of West Newton, the same male conductor made another announcement. He said, "if there is anyone on board who is a doctor, nurse or EMT we are having a medical emergency and we need you to come to the third car."

About 5 to 10 seconds later, a young man came from the lower car. She asked him if he was an EMT and he said yes but he will be this week. He removed his backpack and dropped to his knees next to the female conductor. He looked at Mr. Allen, looked back up at the same time the male conductor was there. The EMT told the male conductor to have the paramedics waiting at the next stop. This was a command and not a request. The male conductor said we can't and it will be faster if we have them AT BACK BAY. The EMT said, "tell them we need to go express." This took place within

Dec 2, 2002 [signature]

Page 8 of 10

30 seconds after leaving West Newton. No real response from the conductor. The EMT took over giving mouth to mouth. He said to the man applying pressure to the chest, let me give 2 breathes and you than pump 15 times. Some one said count them out. He gave two breathes and the gentleman pumped 15 times. The woman holding Allen's head was asked by the EMT whether she was feeling a pulse and she said no. After a couple more rounds of the CPR, the EMT asked whether he was tired referring to the person pumping. He said yes.

The EMT said some one needs to take over. Another person next to us took over doing the compressions. We continued tho. As we pulled into Newtonville, the train started to stop and there was a chorus of passengers yelling why the hell are we stopping. The conductor said, we have to stop, I couldn't believe what he said and it was obvious the others felt the same way. I would also include that this male conductor was in & out of the vestibule area several times.

After he ~~said we have to~~ ~~st~~ the train stopped in Newtonville and he made a similiar announcement as the prior stop. That was

we have a medical emergency and to hurry if your getting on or off the train. Also, I would like to include when the EMT first assisted, he instructed the female conductor to plug Mr. Allen's nose. I am not aware of the female conductor talking on her radio, she was on her hands & knees assisting Mr. Allen.

In between Newtonville and Backbay, I took over applying pressure to Mr. Allen's chest. The second time I went around (count of 15) I was told to apply more pressure by the EMT, He gave similar instructions to everyone. which I did. ↑ I don't know how long I did this, however. It was incredibly hot and everyone was stressed and frustrated because we stopped twice before Back Bay. And, we were doing everything we could do for Mr. Allen and the train stopped twice to let off & on passengers.

Before we reached Yawkey Station someone traded off with me. And, when I stood up, there was a man wearing a suit had a cell phone in his hand. He said let's call to have someone at Yawkey. You can use my cell phone. He told this to the male conductor and he was getting very aggressive with this person. The conductor said we don't stop at Yawkey and we are going straight

Aug 2, 2002

through to BACK BAY. There will be paramedics waiting.

CPR was continued to Back Bay. As we pulled into BACKBAY, we started clearing the passenger out to make way for the paramedics. The male conductor pointed to passenges at the bottom of the stairs and instructed them to go out the other door. I went out unto the platform and saw the paramedics approaching our car with a stretcher. I waved and pointed to the door leading to Mr. Allen. The lead paramedic acknowledged me. After a few seconds I left the area.

From what I observed I can not understand how anyone in the vestible area did not see how critical Mr. Allen's condition was. At no time was he responsive while I was present in the vestible. My last observation of mr Allen when I exited the train, his fale was ash color and he had purple ~~xxxxx~~ spots on his checks and forehead. In my opinion, if the train was going to stop, the train should have stopped at least at W. Newton for paramedics. And, the train should have not stopped enroute to Back Bay. I have read the above 10 pages. I am giving this statement to the best of my knowledge and under no duress or promise

Aug 2, 2002    [signature]