My name is KIRSTEN N. HANO and I reside at 9 Upwey Rd, Wellesley MA. 03481 telephone # 781-237-0981. My date of birth is 2-19-67.

I am giving this statement to Richard DiNatale, an investigator who has properly identified himself and who is working on behalf of Atty Leo Boyle. It is my understanding that Atty Boyle represents the Allen family.

On 7-30-02 I was taking the commuter line from Wellesley Hills to South Station. I boarded and was seated on car two (lower level). I was on an aisle seat facing into car three. Between Wellesley Farms & Auburndale there was an announcement asking for anyone with medical experience to come to car three.

From my vantage point in car two, I could see a group of people gathered KNH at the far end of the aisle in car three. I did not know how serious the situation was at this point. I am not sure but it was either when the train was approaching or leaving Auburndale, I observed a female conductor (Susan Bergeron) sprinting from

Kirst Hano
8/5/02

**EXHIBIT F**

Page 2 of 5

car three through car two. I don't know where she went. Within a couple of minutes, she came sprinting back to car three. It looked like she had something in her hand.

The train stopped at Auburndale and let off & picked up passengers. The train seemed to be stopped for awhile and to the point where I thought the train may not leave. And then the train pulled out. I was suprised that it left the station. I could still see people gathered in the same area of car three.

Between Auburndale and West Newton a male passenger came from the lower level of the 3rd car into the lower level of the 2nd car. About mid way through the car, he stopped a conductor collecting tickets. He asked why are we not ~~collecting~~ going straight in or words to that effect. The conductor responded by saying, "what about the people on the platform." The conductor appeared then to dismiss the passenger and said "you'll have to take it up with th T.

I was discussed with the

Kurt Hano  8/5/02

Page 3 of 5

conductors response and I turned away. The train stopped again at W. Newton. Passengers got on & off and then it left the station. It seemed to me like a normal stop. The train started again and at this point I became more interested and concern about the situation. I believe a different male passenger wearing a green T-shirt, (black hair, closely shaven head) walked down the aisle pass me. He went into the vestibule behind me where he confronted a conductor. I don't know whether it was the same or different conductor.

The man in the T-shirt asked the conductor what are you doing and said you are not going to make any more stops, are you. The conductor said why or something to that effect. The male passenger said ~~but~~ he's really bad. The conductor told this passenger that no more stops will be made. I observed that the man (T-shirt) was visibly upset and alarmed about the ill passenger. I am not aware of whether this conductor made any contact with other train official about the situation.

Kurt Hano

Page 4 of 5

Another announcement was made either before or after Newtonville seeking medical assistance in car three. The train stopped in Newtonville and it seemed like a regular stop. The train departed and continued to Back Bay. There was nothing else that I noted except that the people were still down at the third car. Throughout this time, I was not aware of what was occurring other than a passenger being in serious medical condition. Other than Susan Bergeron, I did not see any unusual activity with the other conductors in my car, however. I still felt that something serious and horrible was going on in the third car.

As we pulled into Back Bay, I was looking around for medical assistance at the station. I saw some EMTs waiting. I left Back Bay and had to find another train.

From my office later that day, I emailed the Chief of Police of the MBTA & Steven Jones the head of the commuter rail. I let them know how upset I was and how shocked and appalled I was with the response of the people working on the train.

Kurt Hano
5/5/07

Page 5 of 5

Attached to my statement is the E-Mail I sent on 7/30/02.

    I have read the above 5 pages. I am giving this statement to the best of my knowledge and under no duress or promise.

Kurt Hano
8/5/02

**Hano, Kirsten**

---

**From:** Stephen Jones [sjones@mbta.com]
**Sent:** Thursday, August 01, 2002 3:40 PM
**To:** KHano@arn.com
**Subject:** Re: FW: Safety as a top priority


Dear Ms. Hano:

Thank you for your email regarding the recent tragedy of Train #514.

The MBTA is immensely saddened by the tragic death of the passenger who died on Tuesday, July 30, 2002. Our hearts go out to the individual's family. We want to assure our tens of thousands of customers who rely on commuter rail daily that we share their concern and sadness in this matter and that we are committed to safety.

Amtrak has implemented a preliminary procedure to ensure that the apparent serious lapse in judgment, which occurred on July 30, will not be repeated.

A comprehensive review of Amtrak's handling of emergency situations on commuter rail trains is underway. MBTA will work decisively with Amtrak and the Federal Railroad Administration (FRA) to ensure all necessary corrective actions will be taken.

Sincerely,

S.A. Jones
Section Chief of Transportation
Commuter Rail


>>> "Hano, Kirsten" <KHano@arn.com> 07/30/02 01:03PM >>>


> -----Original Message-----
> From:    Hano, Kirsten
> Sent:    Tuesday, July 30, 2002 1:02 PM
> To: 'toloughlin@mbta.com'
> Subject:  Safety as a top priority
>
> I am writing with a horrific mix of emotions.  I rode my usual train on
> the Framingham commuter rail this morning.  If the safety of passengers is
> truly your top priority you failed miserably in my eyes.  Between
> Wellesley Hills and Wellesley Farms a mdical condition arose.  I'm not
> sure what the specifics are except that it was very serious. Apparently
> CPR was started.  The part that was shocking to me was the response of
> those working on the train.  With the exception of one female employee, it
> was just business as usual!  Instead of stopping for medical assistance or
> at least going express into the city, the train continued on, making stops
> and taking on passengers - for 22 minutes while the whole time the man is
> potentially dying!  When commuters requested that the train go stright
> into back bay and not make stops, one worker replied "what about the

1

```
> platform would willingly have let the train pass if they knew they
were
> saving a man's life.  He then said "you'll have to take that one up
with
> the T".  Additionally, another worker said yes, that was the last
stop.
> And then the train continued to make two more stops.
>
> There was no accountability by anyone on that train.  If the man died
-
> and I'd like to know if that did happen - I see you as partially
> responsible.  Leaving the train, we as fellow commuters all bore the
brunt
> of responsibility.  Should we have risen up and insisted on stopping
the
> train?  Should we have created such a scene that they would drive
straight
> into Boston?
>
> I've never experienced anything like it.  I couldn't help wonder what
it
> would be like if it were me.  It makes me look at my daily train ride
in a
> whole new, and disappointing light.  I beg to differ - our safety is
not
> your top priority.
```

2