My name is Jennifer L. Houghton and I reside at 4 Forest Ave Natick, MA. 01760 telephone 508-653-0611. My date of birth is 6-15-72.

I am giving this statement to Richard J. Natale, an investigator who has properly identified himself and who is working on behalf of Atty Leo Boyle. It is my understanding that Atty Boyle represents the Allen family.

On the date of the incident 7-30-02 I was a passenger of the commuter line between Framingham and South Station. I boarded the train in Natick. I was seated in the lower level of the 2nd car (front of the car) facing the third car. I was alone.

At some point between Wellesley Hills and West Newton Station I heard an announcement for someone with medical knowledge to report to the third car. After this announcement I observed a female employee on the train. She ran from the third car down the stairs and by me down the aisle. I could hear her getting something from behind me in the vestibule area. She was there only seconds and she appeared to be very rushed but under

Jennifer F Houghton 8-8-02

Page 2 of 3

control. She ran back to the third car.

At least one more similar announcement was made over the PA system. This announcement was made prior to leaving Newtonville. The train made its regularly scheduled stops and passengers got on & off the train.

At some point between West Newton and Yawkey Station a young man came from the direction of the third car into my car. He asked a male employee working in my car whether there was going to be any more stops. The male passenger looked worried. I am not sure whether the employee responded. The next thing I heard the male passenger say to the employee we can not make any more stops. The employee said, is he that bad. The passenger responded he is going to die and he is not going to make it. This conversation took place next to me.

Also, about the same time, a woman passenger asked the male employee why we were not stopping. His response was that an ambulance can't get to the train. This woman than made a general statement to the other passengers in our car to please

Jennifer L. Houghton 8-8-06

Page 3 of 3

call or write to the MBTA to let them know what was going on. She further stated that if this was your family member you would want to know how this happened on the train. This woman was angry and everyone was listening. The passengers seemed to be intune to what was going on.

The train reached Back Bay. I could see that there were EMT's waiting. An announcement was made to say the train was going to be delayed and you may want to seek an alternate route.

I have read the above 3 pages. I am giving this statement to the best of my knowledge and under no duress or promise.

Jennifer F. Houghton 8·8·02

chnader

RL K. KING
ing@schnader.com

7.946.8101        265 FRANKLIN STREET
617.946.8100     BOSTON, MA 02110-3192
nader.com

Present during interview.

**SCHNADER HARRISON**
**GOLDSTEIN & MANELLO**
ATTORNEYS AT LAW

THE BOSTON OFFICE OF SCHNADER HARRISON SEGAL & LEWIS LLP

265 FRANKLIN STREET ■ BOSTON, MASSACHUSETTS 02110-3192
617-946-8000 ■ FAX: 617-946-8100
www.schnader.com

JENNIFER L. HOUGHTON
MARKETING MANAGER
(617) 946-8255

July 30, 2002

Mr. Stephen Jones
MBTA Commuter Rail Chief
45 High Street, 9th Floor
Boston, MA 02110

Re: 8:30 a.m. Framingham Train

Dear Mr. Jones:

I am writing to you to express my disgust toward the way a medical emergency was handled on the 8:30 a.m. Framingham local commuter train this morning. An older gentleman suffered from what appeared to be a heart attack or other form of respiratory failure approximately somewhere between the Wellesley stops. A woman train attendant rushed to assist the gentleman in need and an announcement was immediately made to summons the assistance of any trained medical professionals riding on the train at that time.

I must say that it disturbs me greatly that the train did not stop to meet an ambulance at any of the stops between Wellesley and Back Bay, nor did the train express to Back Bay Station. The inconvenience that a revised schedule would have caused travelers is minimal, and it was clear that the passengers' priorities were in order as they strongly encouraged the MBTA staff to take action by getting this man the medical attention he desperately needed – without delay.

When EMTs were finally able to board the train at Back Bay, passengers departed the train in order to give the medical personnel the space and courtesy to do their jobs without distraction. There were no muted complaints about being late for work and no sighs of exasperation for having to find an alternative route into Boston. As a witness of this incident, I can tell you that passengers experienced two emotions: concern for the gentleman's well-being and frustration as to why the situation was handled in such an insensitive manner.

The male attendant maintaining the front cars of the train responded to overwhelming concerns by telling us it is impossible to get an ambulance to meet the train at any of the stops prior to Back Bay – but that is absurd! If the passengers can make their way to the train, EMTs can accomplish that feat as well. An express to Back Bay would be plausible as well, and cause only



minor interruptions in the commuter schedule as another train is only 23 minutes behind this schedule. When there are mechanical failures or weather concerns, the MBTA doesn't seem to care about those delays, but somehow a medical emergency is less important? The immediate needs of the gentleman requiring medical attention should have surpassed all other concerns.

I do not know the fate of this gentleman on the train but it is without a doubt that I do know that more could have been done to help his grave situation. I am grateful for the woman train attendant who recognized the urgency, took charge and did her best to maintain her composure in a stressful situation. But I am also shaking my head in disgust at the lack of respect the other MBTA employees had for this poor man's life. It is appalling.

Please feel free to contact me should you have any questions concerning the information set forth in this letter.


Sincerely,


Jennifer L. Houghton
Marketing Manager


cc: Thomas O'Loughlin, MBTA Chief of Police