UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-CV-12080-PBS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., <br>          Plaintiff, <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC., <br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### THE DEFENDANT, MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

General Objection: The defendant, Massachusetts Bay Transportation Authority, objects to the plaintiff's requests for production insofar as they seek information which is privileged, said information having been prepared at the request and/or direction of attorneys representing the said defendant, and/or such materials having been prepared in anticipation of litigation. The said defendant further reserves its right to make appropriate objections to the introduction of any documents produced, if such documents are offered at trial. Without waiving this objection, the said defendant, by its attorneys, responds as follows:

REQUEST NO. 1

Complete copies of each report, evaluation, chronology and/or other such document prepared by any person, agent, employee or representative of the defendant relating to the incident, including but not limited to, any reports which describe or reflect the conduct, actions and/or communications of any member of the passengers and crew on board P514 on July 30, 2002.

RESPONSE NO. 1

The MBTA refers to the following documents previously produced and marked "A":

  TRA Report – June 6, 2003 (M0925 – M1086)

  MBTA Police Department Journal Incident Report dated 7/31/02 (M0148, M0152)

EXHIBIT I

Medical Emergency Procedures Review Final Report by Transportation Resource Associates, Inc., dated 5/14/03 (M0835 – M0884)

Medical Emergency Procedures Review Draft and Final Reports by Transportation Resource Associates, Inc., dated 5/14/03 (M0783 – M0834)

Public Comments (M1087 – M1133)

Freedom of Information Request (M1134 – M1139)

REQUEST NO. 41

All documents that pertain to or evidence each action, which was taken to improve the emergency medical response abilities of, and/or procedures for, train crews operating any train by or on behalf of any defendant from July 30, 1997 to the present.

RESPONSE NO. 41

See letter of Michael J. O'Malley dated August 1, 2002 to Ms. Anna Barry, Bates Stamped Page M0286; see also Safety Policy/Procedures Meeting Notice August 6, 2002, Bates Stamped Page M0774; see On-Board Medical Emergency Service Notice, Bates Stamped Pages M0289- M0291.

REQUEST NO. 42

Complete copies of all documents that identify, reflect or describe any improvements to the safety of passengers on board the defendant's commuter rail trains from July 30, 2002 to the present.

RESPONSE NO. 42

See letter of Michael J. O'Malley dated August 1, 2002 to Ms. Anna Barry, Bates Stamped Page M0286.

REQUEST NO. 43

Complete copies of any documents that reflect the defendant's compliance (or failure to comply) with Federal Railroad Administration ("FRA") requirements, recommendations or guidelines regarding emergency procedures, communications, training, reporting and equipment in relation to medical emergencies on board trains (including but not limited to any such communications with the FRA's Safety Assurance and Compliance Program) since July 30, 1982.

RESPONSE NO. 43

The defendant says it has not located any such documents after conducting a reasonable and diligent search.

Please refer to defendant's response to Request No. 69.

          Defendant,
          Massachusetts Bay Transportation Authority
          By its attorneys,

          */s/ William J. Dailey, Jr.*
          William J. Dailey, Jr., BBO No. 112200
          Harry A. Pierce, BBO No. 399275
          Sloane & Walsh, LLP
          Three Center Plaza
          Boston, MA 02108
          (617) 523-6010

DATED: June 10, 2005