6

                    MR. HENRY:  We'll waive the

Notary, if there is ever such a requirement.

David and I have learned a lot about the

archaic rules of deposition practice in this

case.  I think that's it.

                    Can you go ahead and swear our

witness, please?


            ANNA M. BARRY,

            having been satisfactorily

            identified and duly sworn by the

            Notary Public, was examined and

            testified as follows:

            EXAMINATION BY MR. HENRY

Q.    Can you please state your full name for the

      record again?

A.    Anna M. Barry.

Q.    Ms. Barry, you have done this before, not only

      in this case, but in others, so we don't have

      to go through a lot of the usual type of

      preparation.  You understand that you are here

      today pursuant to a court order that the MBTA

      designate witnesses on topics pursuant to the

      plaintiff's deposition notice?

1          MR. HENRY:  I don't know how to

2     go about this, Bill.  Can you tell me if all of

3     the --

4          MR. DAILEY:  I believe we

5     checked on each one to determine if they had a

6     separate file.

7          MR. HENRY:  And that hasn't been

8     conveyed to Ms. Barry, so she doesn't really

9     know how to answer the question on it.  So I

10    guess I would ask since we're going to have to

11    reconvene, we haven't even got to the documents

12    produced today, and then there are some

13    miscellaneous outstanding issues.  If you could

14    just confer with her so that she knows what was

15    produced and what wasn't produced, who had a

16    file, who didn't have a file, I think that

17    would be really helpful.

18          MR. HENRY:  And, all right,

19    David, take off.  I assume that we will

20    reconvene to a time -- I don't suppose we could

21    do a time right now, do you?  You don't have

22    your calendar with you, do you?

23          (Discussion off the record.)

24  Q.  One of the requests asked for any documents

1       that you had from the FRA relating to the

2       MBTA's Emergency Preparedness Plan, the one

3       required by Section 239.  You searched for

4       those documents?

5   A.  There is none.

6   Q.  There are no such documents of any type?

7   A.  Right.

8                   MR. MITROU:  Can you add onto

9       that if Cindy Gallo was asked about that?

10                  MR. HENRY:  Which?

11                  MR. MITROU:  The documents from

12      the FRA.

13  Q.  Do you know if -- did you ask Cynthia Gallo or

14      anybody else at the MBTA whether the FRA has

15      provided any written documentation relating to

16      the MBTA's Emergency Preparedness Plan?

17  A.  I didn't, and I guess mainly because I'm sure

18      there wasn't.  Once you submit the plan unless

19      they take exception to it, they don't answer

20      you.

21  Q.  So at this point the MBTA has no --

22  A.  If you don't hear back from them, you assume

23      it's accepted.

24  Q.  But you have no indication one way or the other

1       whether, in fact, it was accepted other than

2       you haven't heard something back from the FRA?

3  A.   That's how they do it.

4  Q.   Is that in the procedures in the section?

5  A.   It probably just says you will submit it, and

6       that's the end of it.  They are highly into

7       self-certifying.

8  Q.   Not self-serving, self-certifying meaning the

9       railroads have to comply?

10  A.   Yes.

11  Q.   In any event, regardless of what the procedures

12      say or what they actually do, the MBTA doesn't

13      have any documents from the FRA on the

14      Emergency Preparedness Plan?

15  A.   Right.

16            MR. HENRY:  Let's suspend so

17      David can catch his flight, and we'll come up

18      with a date.

19            MR. DAILEY:  We'll try to do it

20      next week maybe.

21     (Deposition of ANNA M. BARRY suspended.)

22

23

24