

# PASSENGER TRAIN EMERGENCY RESPONSE PLAN
# AMTRAK
# &
# CSX Transportation

## 1.0   INTRODUCTION

The Federal Railroad Administration (FRA) published the Passenger Train Emergency Preparedness Final Rule in the Code of Federal Regulations (CFR) on 4 May 1998. This Rule is located at Title 49 (Department of Transportation), Part 239. Additional stipulations pertaining to this Rule are contained in Part 223.9(d) with regard to emergency exit window requirements. The Rule is not intended to prevent the accident, rather, it was promulgated to mitigate the loss of life and injury. The regulation requires the compliance of each affected railroad. Therefore, it has been developed as a collaborative effort between Amtrak and CSX Transportation (CSXT).

## 2.0   POLICY

It is always Amtrak's and CSXT's primary concern during all phases of operations to ensure that maximum safety is accorded our employees and public persons. This is especially true during any type of emergency situation where we are also concerned with ensuring the safety of emergency responders that may be involved. In this regard, it is the responsibility of every Amtrak and CSXT employee to ensure that passenger train guests and others who may have been involved in the emergency receive medical assistance, care, and immediate cooperation in safely completing travel to their intended destination.

Consistent with this policy, we recognize that federal, state, and/or local emergency responders, may arrive at the scene first. The function of this joint Amtrak and CSXT Emergency Response Plan is to provide comprehensive assistance as necessary under the direction of the senior railroad official, their designee or other local emergency responders present.

## 3.0   PURPOSE, SCOPE, AND DIVISION (TERRITORY) IDENTIFICATION

**Purpose:** This Plan, along with attachments and appendices, is the controlling document to be used during any passenger train emergency situation. While the overall objective is to ensure compliance with 49 CFR 223 and 239, as required, this Plan may establish additional or more stringent provisions. The primary objectives of this Plan can be summarized as follows:

1. Preservation of life.

2. Injury reduction and control.

3. Expeditious restoration of service.

4. Asset protection against loss.

5. Assist in any subsequent accident investigation process conducted by the National Transportation Safety Board (NTSB), the Federal Railroad Administration (FRA), and/or any other federal or state agencies.

**EXHIBIT K**