# PASSENGER TRAIN EMERGENCY PREPAREDNESS PLAN

# MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

# COMMUTER RAIL



EXHIBIT
Barry 2
12·10·04

Prepared by:   MBTA Railroad Operations
               45 High Street - 9th Floor
               Boston, MA 02110

               November 16, 1998

Revision A:    November 16, 2000

Revision B:    November 27, 2001

EXHIBIT L

# PASSENGER TRAIN EMERGENCY RESPONSE PLAN

## 1.0 INTRODUCTION

1.1 The Federal Railroad Administration (FRA) published the Passenger Train Emergency Preparedness Final Rule in the Code of Federal Regulations (CFR) on 4 May 1998. This Rule is located at Title 49 (Department of Transportation), Part 239. Additional stipulations pertaining to this Rule are contained in Part 223.9(d) with regard to emergency exit window requirements. The Rule is intended to reduce the magnitude and severity of potential casualties associated with railroad operational emergencies by establishing specific minimum actions and provisions and requiring each affected railroad to comply. This Plan, therefore, has been developed in response to these requirements.

## 2.0 POLICY

2.1 It is always MBTA COMMUTER RAIL'S primary concern during all phases of operations to ensure the maximum safety of passengers as well as that of our personnel, and the public. This is especially true during any type of emergency situation where we are also concerned with ensuring the safety of emergency responders that may be involved in the emergency event. In this regard, it is the responsibility of every MBTA COMMUTER RAIL employee to ensure our customers and affected personnel receive the best possible medical assistance, care, and immediate cooperation in safely completing travel to their intended destination.

Consistent with this policy, we recognize that federal, state, local emergency, and operating railroad responders, may arrive at the scene first. The function of the MBTA COMMUTER RAIL Emergency Response Plan is to therefore provide comprehensive assistance as necessary under the direction of the operating railroad, senior railroad official, or civil authorities in charge.

2.2 The MBTA COMMUTER RAIL is operated and maintained by one or more contract operators. Currently Amtrak has the Transportation, Engineering and Mechanical responsibility under a single contract titled "Operating Agreement Between Massachusetts Bay Transportation Authority and National Railroad Passenger Corporation" dated September 1, 1995.

2.21 This contract defines specific tasks and responsibilities for each party, however, for the purpose of this document each share the responsibilities and duties wholly. This cooperative participation provides total coverage of any event and ensures a unified response utilizing the assets of both organizations.

2.3 For the purposes of this document the term "MBTA COMMUTER RAIL" refers to MBTA employees, Amtrak employees and all other primary contractors, either collectively or individually, that are responsible for providing the commuter rail service.

2.4 The individual named below is the primary person to be contacted for matter relating to the Passenger Train Emergency Preparedness Plan:

Name:       Cynthia Gallo
Title:      Director of Safety
Address:    21 Arlington Avenue
            Charlestown, MA.    02129
Phone No.:  617 - 222 - 4244
Fax No.:    617 - 222 - 5127

## 3.0   PURPOSE & SCOPE

3.1   <u>Purpose</u>:  This Plan is the controlling document to be implemented to effectively manage any emergency situation that may occur during the course of normal operating conditions. While the overall objective is to ensure compliance with 49 CFR 223 and 239, as required, this Plan may establish additional, more stringent requirements where the need for such is indicated. The primary objectives of this Plan can be summarized as follows:

3.1.1   To reduce the severity of casualties and ensure the preservation of life.

3.1.2   Ensure the highest level of services for all customers who are affected by an emergency occurrence.

3.1.3   Ensure the expeditious restoration of track, service, and equipment.

3.1.4   Ensure the protection and preservation of company assets.

3.1.5   Assist in the subsequent accident investigation process of the National Transportation Safety Board (NTSB), the Federal Railroad Administration (FRA), and any other interested party.

3.2   <u>Scope</u>:  This Plan is applicable to all MBTA COMMUTER RAIL employees and all MBTA COMMUTER RAIL operations in all operating areas of Massachusetts and Rhode Island. Depending upon the location of an emergency event, two scenarios are probable: Those emergencies that occur on MBTA owned property and those that do not. This Plan established specific requirements and actions that must be taken in each case. Adherence to these requirements is mandatory.

## 4.0   DEFINITIONS, ACRONYMS, AND ABBREVIATIONS

4.1   *Centralized Electrification and Traffic Control (CETC)*. The main traffic controlling and dispatch center for MBTA COMMUTER RAIL south side operations.

4.2   *Commuter Rail Operation Control Center (CROCC)*. The main traffic controlling and dispatch center for MBTA COMMUTER RAIL north side operations.

4.3   *Customer Support Process Center (CSPC)*. A location at or near the incident site (usually a nearby hotel) where customers and employees can be comfortably accommodated while being processed.

4.4   *Emergency Medical Service (EMS)*. Any sanctioned organization that provides medical services in emergency situations, including paramedic, emergency medical technician, nursing, and/or physician services.

4.5   *Emergency Preparedness Plan*. One or more documents focusing on preparedness and response in dealing with a passenger train emergency.

4.6   *Emergency Responder*. A member of a police or fire department, or other organization involved with the public safety charged with providing or coordinating emergency services, who responds to a passenger train emergency.

4.7   *Federal Railroad Administration (FRA)*. An agency of the Federal Department of Transportation that develops and enforces rail safety regulations, investigates, and analyzes railroad accidents, and conducts safety assessments of railroads.

4.8   *Incident Command Post (ICP)*. Established by the MBTA/ AMTRAK Police Department at or very near the accident location, the ICP serves as the primary on-scene control point of operations during initial response actions and subsequent investigative activities.

2

*National Response Center (NRC).* The 24-hour regulatory office for the notification by railroads of major train emergencies.

*National Transportation Safety Board (NTSB).* An independent federal agency that reports directly to the President of the United States. It investigates and analyzes major transportation accidents (railroad, aviation, highway, marine, etc.) and prepares a public report on its findings, conclusions, and recommendations.

*Occupational Safety and Health Administration (OSHA).* A federal agency within the United States Department of Labor responsible for establishing and enforcing standards for the exposure of workers to safety hazards or harmful materials that they may encounter in the work environment, as well as other matters that may affect the safety and health of workers. The agency was established under the Occupational Safety and Health Act of 1970 along with the National Institute for Occupational Safety and Health (NIOSH) and the Occupational Safety and Health Review Commission (OSHRC).

## REQUIREMENTS

<u>Responsibilities - General</u>. The following requirements outline the general responsibilities applicable to MBTA COMMUTER RAIL emergency operations.

Arrange for the initial transportation of passengers to a CSPC.

Ensure passengers and employees receive appropriate care and are dealt with in a compassionate manner.

Protect MBTA COMMUTER RAIL assets and interests at the accident site and CSPC.

Provide Emergency Response training/qualification of on-board and control center personnel.

Inform the relatives of passengers and employees as to their condition and location.

Resume passenger service, or get passengers to their destinations by alternate means, with the shortest possible delay.

Participate in the accident investigation.

Interface with outside emergency response agencies, including police, fire, EMS as well as other government agencies including FRA, NTSB, and state and local agencies.

Advise the National Response Center of status and progress with regard to the accident situation.

10  For environmental occurrences, advise the federal and local environmental agencies and ensure appropriate response actions as needed.

11  When an emergency situation involves a freight railroad, MBTA COMMUTER RAIL will coordinate the applicable portions of its Emergency Preparedness Plan with the corresponding portions of the freight railroad's Emergency Preparedness Plan to ensure that an optimum level of preparedness is achieved.

12  Keep the public informed by providing the media timely and accurate information.

<u>Responsibilities - Specific</u>. Requirements pertaining to specific responsibilities and actions during MBTA COMMUTER RAIL emergency events are described throughout the remainder of this Plan. In all cases, MBTA COMMUTER RAIL will endeavor to ensure the maximum safety or passengers, personnel, and the public during any emergency event.

3

## 6.0 COMMUNICATION

6.1 <u>Initial and On-Board Communication</u>. In the event of an emergency situation, it is essential that the initial assessment of the passenger situation, as well as the initial notification to the Control Center, occur as soon as possible, if not immediately following the emergency event. Appendix A identifies the types of communications available on MBTA equipment. The following actions are therefore required to be completed by the appropriate on-board MBTA COMMUTER RAIL crew member(s), as indicated.

6.1.1 Train Engineer

6.1.1.1 In response to an emergency situation the Train Engineer is trained to make the initial notification to the appropriate MBTA COMMUTER RAIL Control Center by the quickest means possible, train radio or cellular phone, if available. The Train Engineer will inform the Train Dispatcher of the type of emergency and exact location, which is vital to emergency responders and other officials called to the scene. However, depending upon the circumstances, the Train Conductor may need to dispatch a crew member to make the initial notification using the nearest available public pay telephone or residential telephone (if required). As necessary, the Train Engineer will provide updates to the MBTA COMMUTER RAIL Control Center as to the status of the emergency situation.

6.1.2 Train Conductor

6.1.2.1 The Train Conductor will keep passengers and crew members regularly informed of the nature of the emergency situation and the status of corrective countermeasures, rescue efforts, and emergency response. Information provided to the passengers will be kept brief and concise. Excessive detail is unnecessary. However, crew members require as much detail as possible to do their jobs so these personnel should be briefed away from the passengers. If operable, the on-board Public Address (PA) system should be used to make general announcements to passengers. Otherwise, car-to-car verbal briefings may be necessary to ensure adequate dissemination of information. It is important to brief all passengers, including those in cars that are not damaged. They must be kept informed to reduce the potential for panic and, to determine their availability in case the crew requires additional assistance.

6.1.2.2 The Train Conductor is responsible for the initial care and evacuation (if necessary) of passengers.

6.1.2.3 The Train Conductor will coordinate the response off all crew members to any emergency situation occurring during the operation of the train.

6.1.2.4 The Train Conductor will inform arriving emergency responders of the hazards present, the location of the injured (starting with the most severely injured), and locations of passengers requiring additional assistance (e.g., those who are disabled, traveling with children, etc.).

6.1.3 All Crew Members

6.1.3.1 In the event the Train Conductor is incapacitated or otherwise unavailable to perform the required duties specified above, at least one on-board crew member, if available, must be qualified under the provisions of this Plan to fulfill the responsibilities of the Train Conductor. All crew members on board a passenger train are to be trained and qualified to perform the functions for which they have been assigned, according to the provisions of paragraph 7.1.3 of the Plan.

6.1.3.2 All crew members will assist passengers and each other, assess the situation and perform accordingly. During an emergency situation, crew member duties are not limited to the assigned cars but encompass the entire train.

6.1.3.3 After assessing their immediate area just after the accident occurs, they are to proceed to the most heavily damaged part of the train to assist. This assistance may include, but is not limited to, the following actions:

## 7.0 EMPLOYEE TRAINING AND QUALIFICATION

7.1 <u>On Board Personnel</u>. All on-board personnel will be provided initial training on the requirements of this Plan to ensure that they are properly prepared to respond in the event of an emergency situation. The level and nature of the training provided shall be dependent upon individual employee duties and responsibilities, as required by their assigned position. As a minimum, on-board personnel emergency response training shall be provided according the following schedule:

7.1.1 Initial training for current on-board employees on the requirements of this Plan has been provided as of January, 2001. Initial training for new on-board employees shall be provided within 90 days of their initial date of service. Initial training also includes physical characteristics of the assigned territory, NORAC rules and AMTRAK operating rules.

7.1.2 Periodic training for on-board employees will be provided, as a minimum, every two calendar years. However, when situations warrant (new equipment, modifications to existing equipment, changes or improvements to this Plan, etc.), more frequent training will be provided. In either case, a written competency test will be administered to ensure that designated employees are qualified to perform the required actions, commensurate with their assigned responsibilities, during an emergency situation in accordance with Section 16.0.

7.1.3 The specific requirements of the Emergency Preparedness Training Program for on-board personnel are provided in Appendix C of this Plan. In summary, however, the Training Program provides information pertaining to the following five key elements:

7.1.3.1 Rail Equipment Familiarization: Complete familiarization with the rail equipment associated with their assigned areas of responsibility. This element is intended to ensure that on-board crew members are qualified to operate the equipment under normal as well as emergency situations. While their normal assigned duties may never require the use or operation of such equipment, an emergency situation may dictate otherwise. Rail equipment familiarization is therefore an essential element of our employee training program.

7.1.3.2 Situational Awareness: Employees will be trained on the specific techniques that are required to properly evaluate and assess situations as they develop. Situational awareness is a key element to ensuring proper response, reduction of panic potential, and passenger safety. As an emergency situation transpires, employees must also be prepared to respond in accordance with the nature of the emergency. Inappropriate actions as well as over-reaction by responsible personnel could create unnecessary stress and, subsequently, may serve to increase the risk to passengers and/or other crew members.

7.1.3.3 Passenger Evacuation: All on-board employees receive extensive training on the proper methods and techniques associated with the safe and orderly evacuation of passengers subsequent to an emergency situation. Employees will be trained on the circumstances which would require evacuation (as opposed to requiring passengers to remain on board). Alternative evacuation routes and the order of preference regarding these routes is a key element of this portion of the training program.

7.1.3.4 Coordination of Functions: In any type of operation, normal or emergency, successful results are dependent upon the proper actions of more than one person. In an emergency situation, such teamwork is essential to ensure maximum passenger safety and minimum loss. Employees will receive extensive training on the proper coordination of response activities. Each responding function has a specific responsibility during an emergency situation. By preparing employees through proper training, they will be better able to work together towards a common goal during any emergency event.

7.1.3.5 Hands-on Instruction: Proper familiarization with on-board emergency response equipment is best accomplished through actual, hands-on instruction and training. Therefore, crew members will be afforded on-train instruction on the location, function, and operation/use of on-board emergency equipment. This

6