ORIGINAL

1

```
                         VOLUME:    I
                         PAGES:     1 - 122
                         EXHIBITS:  SEE INDEX
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

                          C.A. NO. 04-12080-PBS

MARLENE V. ALLEN, Executrix of
the Estate of James R. Allen, Ph.D.,
           Plaintiff,

    vs.

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, NATIONAL RAILROAD
PASSENGER SERVICE (a/k/a "AMTRAK"
and CSX TRANSPORTATION, INC.
           Defendants.

        **DEPOSITION OF AMTRAK BY DANIEL R. PETERS**,

a witness called on behalf of the Plaintiff,

pursuant to the Federal Rules of Civil Procedure,

before Linda A. Menard, a Registered Professional

Reporter and Notary Public in and for the

Commonwealth of Massachusetts, at Meehan, Boyle,

Black & Fitzgerald, P.C., Two Center Plaza, Suite

600, Boston, Massachusetts, on Wednesday, April 27,

2005, commencing at 10:10 a.m.

**EXHIBIT N**

MAGGIOLI REPORTING SERVICES, INC.   (781) 356-2636

1  has not waived any rights with respect to the
2  deposition notice.
3          MR. HENRY:  Thank you, Ms. Soisson.
4          **DANIEL R. PETERS**, a witness called on
5  behalf of the Plaintiff, having been identified by
6  Amtrak photo identification, first having been duly
7  sworn, under oath, deposes and says as follows:
8  **EXAMINATION BY MR. HENRY:**
9      Q.  Sir, could you state your full name for
10 the record please?
11     A.  Daniel R. Peters.
12     Q.  Mr. Peters, you're here today pursuant to
13 a Rule 30(b)(6) deposition notice.  Do you know
14 that?
15     A.  Yes.
16     Q.  I'm going to show you a document and ask
17 you if you have seen that before?
18     A.  Yes.
19         MR. HENRY:  Let's go ahead and mark that
20 as the first exhibit; that's the deposition notice
21 and schedules.
22         (Marked for identification, Exhibit 1,
23 Deposition Notice and attachments.)
24     Q.  We'll come back to this to get to your

the rights to the commuter rail from the Boston and Maine.

Q. Thank you. Got you. Let me ask it this way. I presume that when you moved from the Boston and Maine over to Amtrak, that was because the MBTA had taken over the commuter rail service and contracted it to Amtrak?

A. That's correct.

Q. What did you do when you went to Amtrak in '87?

A. I worked as the ticketing supervisor at North Station for two years.

Q. So until about 1989?

A. Yes, sir.

Q. And what did you do in '89?

A. I returned to the craft as a conductor.

Q. How long did you stay a conductor?

A. Until the end of 1993.

Q. And did you work on any particular route as a conductor?

A. The route that I'm working on right now out of Rockport.

Q. So the Rockport/Newburyport line?

A. Same train, yes, sir.

```
 1        Q.    And what did you do in 1993?
 2        A.    Applied for and received the promotion of
    senior instructor for training.
 3        Q.    And how long were you a senior instructor?
 4        A.    Until I retired in June of 2003.
 5        Q.    When you say retired, you mean from
    Amtrak?
 6        A.    I retired from Amtrak, yes, sir.
 7        Q.    All right.  And since joining the MBCR,
    what have you done?
 8        A.    Just a conductor.
 9        Q.    Don't say it like that.  It's a noble
    trade.
10        MS. SOISSON:  The most important job on
    the train.
11        MR. HENRY:  Right, as we have learned.
12        Q.    And again that's on the Rockport line,
    right?
13        A.    Yes, sir.
14        Q.    Good.  Really quickly, do you have any --
    what's your educational background?
15        A.    High school, Associate's from the Air
    University.
16        Q.    I'm sorry, from where?
```

```
 1   taught because I understand this is what you were
 2   teaching in terms of what to do, was there any --
 3   and I asked you if there were written training
 4   materials.  I'm asking it a different way now.  Was
 5   there any written policy or procedure that dealt
 6   with that issue, that is, stop the train at the
 7   next station or at the next access or crossing
 8   point?
 9       A.   Amtrak probably had a procedure.  I never
10   did see it.
11           MS. SOISSON:  Well, if you never saw it,
12   you don't know, so...
13           MR. HENRY:  I disagree with that.
14           THE WITNESS:  Okay.
15           MR hENRY:  There's a lot of things I've
16   never seen that I know about, but all right.
17           MS. SOISSON:  Don't speculate.
18       Q.   Don't testify to things you don't know.
19       A.   I have no idea.
20       Q.   Based on what you know about the incident
21   in this case, what did you train the crews about
22   with respect to what rules governed what the
23   conductor would do in the event of a medical
24   emergency, let's say, just on the Framingham line?
```

```
 1              MS. SOISSON:  Objection.
 2        Q.    I'll try to clarify a little bit.
 3              MS. SOISSON:  Well, my concern is I think
 4   all he said is what he knew was what he read in the
 5   paper.  He wasn't involved in the investigation.
 6   And if you are going to start asking him, you know,
 7   to --
 8        Q.    Let me ask it this way.  Based on the
 9   training received by the crew on Train P514, what
10   rules were they trained to follow with respect to a
11   medical emergency.
12        A.    The rules for medical emergencies apply to
13   all trains on all lines, not one specific line, as
14   specific rules.  They were taught to check a
15   victim, make an analysis of the problem.
16        Q.    I understand where you're going.  What I'm
17   asking, though, is, is there a single set of rules?
18   For example, were they to follow MBTA specific
19   rules and regulations or procedures or Amtrak?
20        A.    Amtrak's rules, they were supposed to
21   follow.
22        Q.    Have you eave heard of or seen the MBTA
23   emergency plan?
24        A.    I only saw the plan after the incident.
```

1  Q.  Were you ever -- did you ever instruct
2  based upon what was contained in the MBTA emergency
3  plan?
4  A.  I did not.
5  Q.  Were you ever asked to or required to, as
6  far as you know, instruct any of your crews on what
7  was contained in the MBTA emergency plan?
8  A.  I was not.
9  Q.  Do you have any idea why the MBTA had an
10 emergency plan?
11 A.  I have no idea.
12 Q.  From a training perspective -- I think I
13 know the answer to it if you never saw it until
14 after the incident; but for the record, from a
15 training perspective, did Amtrak ever train any of
16 the crew members, conductors or assistant
17 conductors that the information contained in the
18 MBTA emergency plan controlled or was to control
19 their actions in the event of a medical emergency?
20 A.  Are we speaking of after the incident?
21 Q.  No, prior to the incident.
22 A.  No.
23 Q.  Having seen the MBTA emergency plan
24 afterwards, did you train crews based on the MBTA