# ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04-12080-PBS

```
*************************************
MARLENE V. ALLEN, Executrix of the    *
Estate of James R. Allen, Ph.D.,      *
                Plaintiff,            *
                                      *
        V                             *
                                      *
MASSACHUSETTS BAY TRANSPORTATION      *
AUTHORITY, et al.,                    *
                Defendants.           *
*************************************
```

Deposition of NATIONAL RAILROAD

PASSENGER CORPORATION, By LARRY R. BEARD, taken

on behalf of the Plaintiff, pursuant to Notice

under the Federal Rules of Civil Procedure

30(b)(6), before Janice A. Maggioli, RPR, RMR,

CRR, and Notary Public in and for the

Commonwealth of Massachusetts, at the offices

of Meehan, Boyle, Black & Fitzgerald, Two

Center Plaza, Boston, Massachusetts, on May 20,

2005, commencing at 10:05 a.m.

**EXHIBIT H - AMTRAK**

1                    identified and duly sworn by the

2                    Notary Public, was examined and

3                    testified as follows:

4                    EXAMINATION BY MR. HENRY

5     Q.    Sir, can you state your full name for the

6           record, please?

7     A.    Larry Robert Beard.

8     Q.    Mr. Beard, you're here today as a designated

9           witness on behalf of Amtrak; is that your

10          understanding, as well?

11    A.    Yes, sir.

12    Q.    And have you had your deposition taken before?

13    A.    Yes.

14    Q.    And when was the last time?

15    A.    About eight months ago.

16    Q.    And how many times, estimating, have you had

17          your deposition taken?

18    A.    About a half a dozen.

19    Q.    So you're generally pretty familiar with the

20          deposition process, right?

21    A.    Uh-huh.

22                    MS. SOISSON:  You have to answer

23          verbally.

24    Q.    There you go.  That was a test question.

37

1      railroads, these various services, are they run

2      through -- are they controlled or governed by

3      corporate Amtrak or by centralized corporate

4      Amtrak or by the division in which they happen

5      to reside?

6  A.  The contracts are all maintained through

7      corporate headquarters, okay.  There's two or

8      three offices, again, involved with them.  The

9      day-to-day operation for field operations is

10     maintained at the division level.

11  Q.  So really both depending on what you're talking

12     about?

13  A.  That's correct.

14  Q.  Were you familiar enough back in 2002 with the

15     various commuter services?  And when I talk

16     about that, I'm only talking about the

17     operation of actual commuter services as

18     opposed to the mechanical or over rail or

19     stations.

20  A.  Sure.

21  Q.  Were you familiar with what Amtrak was

22     contracted to back in 2002 enough to tell me

23     what commuter systems you were serving?

24  A.  What I can remember in 2002, and it may be off

38

1    by a month or so or things like that, the one

2    you are most interested in I think we were

3    still with the MBTA.  We contract to operate

4    the Virginia Rail Express, Virginia Department

5    of Transportation, the Maryland Department of

6    Transportation, which is called MARC, M-A-R-C.

7    We run -- we were running Metrolink in Los

8    Angeles.  We were running Caltrain out of San

9    Jose, and we were running -- what's that thing

10   called?  Orange County or something like that,

11   I think it's Orange County.  It's outside of

12   Orange County, California.

13  Q.  Coasters?

14  A.  That's the one, Coaster service.  Those are the

15      ones I remembered.

16  Q.  What about South Line East in Connecticut?

17  A.  I'm sorry, Shore Line East, yes, we do.  I

18      always forget that one.

19  Q.  And Amtrak has never done commuter services, to

20      your knowledge, for the Sound Transit System,

21      just maintenance service out there?

22  A.  I'm not sure we do maintenance service out

23      there.  I couldn't tell you about that one.

24  Q.  Based on these seven different commuter

1        services, do you know the order in terms of

2        size either in terms of passengers or in terms

3        of trains run?  And, again, I'm not asking for

4        the precise order, just generally.

5    A.  No, I do not.

6    Q.  Do you know where the MBTA fit in any such

7        order, whatever it is?

8    A.  No.

9    Q.  Do you know one way or the other whether the

10       MBTA was the largest commuter service that

11       Amtrak happened to run?

12   A.  I had heard that, but it was just nothing

13       official, just hearsay.

14   Q.  Independent of where they ranked in terms of

15       Amtrak's contracts, do you know generally where

16       the MBTA ranked nationally in terms of size of

17       commuter operations?

18   A.  I know where they are now.  Back then I don't

19       think I knew.

20   Q.  Where are they now, do you know?

21   A.  I believe they are number two or three.

22   Q.  Do you know who they are second or third to?

23   A.  The Long Island Railroad is number one.  That's

24       easy.  And Conn. DOT, which is in the process

40

1         of combining with Long Island Railroad.

2    Q.   Is that C-O --

3    A.   C-O-N-N.  Connecticut Department of

4         Transportation.

5    Q.   Which of those seven commuter lines, if any,

6         did you in your role as -- in emergency

7         preparedness interact with the most or was it

8         essentially equal?

9    A.   The ones the most were the Virginia Rail and

10        MARC.

11   Q.   And why is that, any particular reason other

12        than the fact that they were close to where you

13        were based?

14   A.   They were combined into an operational

15        management organization called the Washington

16        Commuter District, and we can deal with one

17        entity there versus two, and those people take

18        care of the day to day and we can go to them

19        for the answers.  Plus, they are very open and

20        ask for assistance and do not push us away and

21        things like that.  We have a very good working

22        relationship with them.

23   Q.   Do you know how long Amtrak has serviced the

24        VRE and MARC?



```
 1   A.   The MARC dates -- that I can't tell you.

 2        Forever.  The VRE dates from the day they

 3        started, which -- good Lord.  I remember the

 4        day.  It was a Monday morning, and I'm trying

 5        to think.  It was '98 I think it was.  I think

 6        it was -- and it was in May of '98.  I remember

 7        it well, but it was on a Monday morning, and I

 8        think it was in May, and I think it was '98.

 9   Q.   And so I understand some of the reasons why you

10        would be most involved in those two commuter

11        operations.  What types of interaction have you

12        had with them let's just say since 2001, the

13        last big -- I guess it wasn't even the last big

14        reorganization, but let's say since 2001?

15   A.   Well, they are right there in Washington, and

16        the interaction has to deal with their

17        emergency plans, drills that we conduct in

18        conjunction with them.  They bring us in to

19        participate in drills that the state will run.

20        They will ask us to assist in planning these

21        drills.  We conduct joint training exercises

22        together.

23                 The area that they deal with

24        there's a total -- and the reason this occurs
```

