He added, "The new web site and the traditional vehicles we have provided will enable stakeholders and citizens everywhere to submit ideas and comments, which will be valuable resources as we move forward with the reauthorization process."

The current legislation, the *Transportation Equity Act for the 21st Century* (TEA-21), was enacted in June 1998, but it expires on Sept. 30, 2003, and Congress and the Bush Administration are working to develop its successor, Mineta said.

A spokesman said USDOT also has produced a brochure that provides a message from Mineta, a list of TEA-21 accomplishments and the department's core principles for reauthorization as well as information on participation by individuals and groups in helping to shape these surface transportation programs. The brochure, *America's Surface Transportation Programs: Meeting the New Challenges*, and a *Federal Register* notice formally seeking comments on the reauthorization of surface transportation programs, can be viewed on the internet.

Participants are encouraged to use the Web site to submit comments online. They can do so by logging on to **http://www.dot.gov/** and clicking on "Surface Transportation Reauthorization." Written comments may be sent to the Docket Clerk, USDOT, Room PL-401, Docket Number OST-2002-12170, 400 Seventh St., SW, Washington, DC 20590. To order a copy of the brochure write to: Public Affairs, Room 10416, U.S. Department of Transportation, 400 Seventh St., S.W., Washington, DC 20590.

Return to index

# Gunn turns down MBTA

Amtrak president and CEO David Gunn said "No, thanks" to the Massachusetts Bay Transportation Authority's call for bids to run commuter rail for the Bay State.

In a letter to the MBTA's general manager, Michael Mulhern, Gunn wrote, "The provisions contained in the request for proposal (RFP) would radically alter the contractual relationship that exists under your current operating agreement with us, and make it impossible to develop a reasonable pricing strategy to control risk."

Amtrak has operated commuter rail for the T after outbidding Guilford Transportation of Billerica, Mass., 15 years ago.

Gunn added, "Amtrak is prohibited by law from subsidizing commuter services, and we could be in real danger of violating that prohibition under the term of your proposal."

He said Amtrak "does not have the flexibility or financial resources to gamble of a five- or ten-year fixed price contract."

The T is asking for a five-year contract with an option for five more years with no rate increase. No dollar figure was contained in the letter, but most objections revolved around funding, including dropping incentives for on-time and other performance factors. Gunn said Amtrak earns $130,000 monthly in incentives under the current contract.

**EXHIBIT J - AMTRAK**

Gunn offered to operate, dispatch and maintain the Attleboro line from South Station in Boston to the Rhode Island line, where Amtrak's right-of-way ownership begins and continues to New Haven, Conn. The entire line from Boston to New Haven was electrified two years ago solely for Amtrak trains, including the *Acela Express*.

He said Gil Mallery is the sole contact at Amtrak for any discussions. Mallery is acting vice-president for planning and business development.

If the T does not offer a counter-proposal, Amtrak will end its most lucrative commuter rail contract in the nation by next June 30, handing the tracks and some 1,600 unionized workers to one of three companies positioned to bid on the estimated $150 million-a-year, five-year deal, according to the Boston *Globe*.

Mulhern said he respects Amtrak's decision, but insisted he has no intention of changing the bid specifications to suit Amtrak.

"We are trying to construct a very good RFP that clearly outlines accountability to the taxpayers, but also ensures robust competition," Mulhern said. "We've got three firms left, so I think we're in good shape.

In 1987, when Amtrak took over for the Boston & Maine railroad, B&M dispatchers who still controlled freight lines refused to allow commuter trains to pass over the lines, causing some chaos for North Shore commuters. A Superior Court judge eventually ordered B&M dispatchers to allow the commuter trains through.

Amtrak spokeswoman Cecelia Cummings said, from Philadelphia, Amtrak would work hard to make the transition smooth. "It doesn't serve anyone's interest to thwart MBTA's attempts to find another willing contractor," she said. "It's not something we will engage in."

---

Return to index

 Commuter lines...

http://www.nationalcorridors.org/df/df08052002.shtml                                              7/5/2005