Case 1:04-cv-12080-PBS    Document 43-6    Filed 07/15/2005    Page 1 of 1

# Chairman's Update

**Summer 2002** — Vol. VIII • No. 2

*Pioneer Institute for Public Policy Research*

## Letter from the Chairman

### A Measure of Influence



*Colby Hewitt*

The state budget debate on Beacon Hill has given renewed prominence to many Pioneer positions, as you'll see in this issue.

Perhaps most dramatic is the topic of public funding for convention centers. The giant convention center taking shape in South Boston is still struggling to win bookings—as Pioneer has long predicted. Serious consideration is now being given to selling the Hynes Convention Center—as Pioneer has also called for. The savings in the taxpayer-funded subsidy for the Hynes can certainly be better used for other important public purposes.

In addition, our call for reform in the way the Legislature funds the Judiciary was a key issue in recent budget deliberations. And despite the Legislature's focus during the budget process on increasing taxes, Pioneer sought to stem the tide by identifying ways to save over $600 million (see inside).

To keep the spotlight on "our" issues, we will be distributing a "briefing book" to *all* of the candidates for governor and other state offices (see story below). In fact, representatives of three gubernatorial candidates have already sought Pioneer's input.

Does all this add up to influence? We'd like to think so. Think tanks mean to advance new ideas and question the "conventional wisdom" that may maintain a less-than-ideal status quo.

A small political activist organization recently put out a report that—while filled with many inaccurate rhetorical flourishes—noted Pioneer's success in moving various policy initiatives forward, concluding that from its point of view, Pioneer has wielded *too much* "influence, effectiveness, and clout." While meant as a criticism, we tend to think of it as a compliment. Indeed, the foreword is almost praiseworthy, describing "the relentless, well-funded, and well-connected efforts of the Pioneer Institute to 'change the direction of the wind' politically in Massachusetts."

*Colby Hewitt*

*P.S. We plan to make greater use of "e-communications" through email—and want to make sure we have your email address. So please email us yours—see page 2.*

### Candidate Issues Book



Seeking to inform the upcoming electoral debate, Pioneer will be issuing a briefing book for state candidates. Titled *Agenda for Leadership 2002*—the third in a series of such publications since 1994—it summarizes Pioneer research, grouping topics by various categories:

- *strengthening communities* (charter schools, affordable housing, urban entrepreneurship);
- *meeting critical needs* (human services, judicial administration, health care);
- *making government sustainable* (public construction, MBTA, convention centers, the Pacheco anti-privatization law, and the state budget deficit)

To be distributed to candidates for state government offices as well as to opinion makers, the publication will also be posted on our website at **www.pioneerinstitute.org/agenda**.

## Amtrak Pullout A Pioneer Victory

After a July 30 letter informing the MBTA that Amtrak would not bid on the contract to operate the MBTA's commuter rail service, Pioneer's three-and-a-half year fight to open the commuter rail contract to honest competition is on the verge of success.

The surprise announcement marked the end of a battle that had raged since the MBTA last attempted to competitively procure the contract. In 1999, the T split the service into three pieces. Competitive procurement of just the smallest piece, train cleaning and maintenance, resulted in a $116 million savings over Amtrak's bid.

But Amtrak and its powerful unions called in their chits and succeeded at confronting the MBTA with a dismal choice: stick with Amtrak or lose all federal funding. Unable to operate without federal funds, the T was forced to sign a three-year extension that represented not only the highest bid, but also the one judged to provide the lowest quality service.

In many of the other jurisdictions in which Amtrak provides similar services, it has used its political clout to dictate favorable procurement rules. But MBTA General Manager Michael Mulhern resisted Amtrak's pressure and designed a fair and open procurement process.

Amtrak has operated the Boston area's commuter rail system for 15 years. It is the company's biggest and most lucrative commuter rail contract.

> For more background on this issue, read the Heritage Foundation *Backgrounder* "How the Labor Department Can Bring Common Sense to a Rail Contract," written by Pioneer's Charles Chieppo, available online at **www.pioneerinstitute.org/pdf/heritage5_23_02.pdf**



**www.pioneerinstitute.org**

**EXHIBIT K- AMTRAK**