## CONCLUSION

For the reasons addressed above, the plaintiff respectfully requests that the MBTA's motion for summary judgment be denied.

> Respectfully submitted,
> Plaintiff, Marlene V. Allen, Executrix of the
> Estate of James R. Allen, Ph.D.
> By Her Attorneys,
>
>
> /s/ Bradley M. Henry
> _____
> Leo V. Boyle, BBO No. 052700
> Michael B. Bogdanow, BBO No. 544174
> Bradley M. Henry, BBO No. 559501
> MEEHAN, BOYLE, BLACK & FITZGERALD, P.C.
> Two Center Plaza, Suite 600
> Boston, MA  02108-1922
> (617) 523-8300

## CERTIFICATE OF SERVICE

I, Bradley M. Henry, hereby certify that on this 15th day of July 2005, I served the foregoing PLAINTIFF'S OPPOSITION TO MOTION OF DEFENDANT NATIONAL RAILROAD PASSENGER SERVICE FOR PARTIAL SUMMARY JUDGMENT, by electronic filing and by mailing an exact copy thereof, via first class mail postage prepaid to all counsel of record:  Michael J. McCormack, Esq. and David T. Mitrou, Esq., McCormack & Epstein, 1 International Place - 7th Floor, Boston, MA 02110; William J. Dailey, Jr., Esq. and Harry A. Pierce, Esq., Sloan and Walsh, Three Center Plaza, Boston, MA 0210; Michael B. Flynn, Esq. and Richard A. Davidson, Jr., Esq., Flynn & Associates, P.C., 400 Crown Colony Drive, Ste. 200, Quincy, MA 02169.

> /s/  Bradley M. Henry
> _____
> Bradley M. Henry

- 16 -

@PFDesktop\::ODMA/MHODMA/IMANAGE;BOSLIB;106390;1