UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 04-CV-12080-PBS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

NOTICE OF FILING WITH CLERK'S OFFICE

    Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY 'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**EXHIBITS NUMBERED 6-10 THERETO.**

August 5, 2005

                                                Attorney For
                                                Massachusetts Bay Transportation Authority
                                                /s/ Harry A. Pierce
                                                William J. Dailey, Jr. BBO 112200
                                                Harry A. Pierce BBO # 399275
                                                Sloane and Walsh
                                                Three Center Plaza
                                                Boston, Massachusetts 02108
                                                (617) 523-6010
                                                hpierce@sloanewalsh.com