```
00001
 1      UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 2
            04-12080-PBS
 3

 4
***************************************
 5  MARLENE V. ALLEN, Executrix of the  *
    Estate of James R. Allen, Ph.D.,    *
 6          Plaintiff,                  *
                                        *
 7       V                              *
                                        *
 8  MASSACHUSETTS BAY TRANSPORTATION    *
    AUTHORITY, et al.,                  *
 9          Defendants.                 *
***************************************
10

11

12

13     Deposition of ANNA M. BARRY, taken on

14  behalf of the Plaintiff, pursuant to Notice

15  under the Federal Rules of Civil Procedure,

16  before Janice A. Maggioli, RPR, RMR, CRR, and

17  Notary Public in and for the Commonwealth of

18  Massachusetts, at the offices of Meehan, Boyle,

19  Black & Fitzgerald, Two Center Plaza, Boston,

20  Massachusetts, on December 10, 2004, commencing

21  at 10:00 a.m.

22

23

24
```

**Barry, Anna 12/10/04**                                      **Page 1**

Exhibit A

00089

1  Q. Which entity is responsible for the
2  construction, maintenance, and operation of the
3  stations themselves?
4  A. MBTA.
5  Q. Go ahead if you need to clarify.
6  A. Maintenance.
7  Q. Maintenance within the MBTA?
8  MR. DAILEY: No, no. Go ahead.
9  Q. I'm not sure I understand.
10 A. MBTA through its contractor has responsibility
11 for the maintenance of our stations on that
12 line. We didn't construct all of them. We
13 constructed some of them.
14 Q. When you say "through its contractor," you are
15 not referring to the MBTA -- I'm sorry, you are
16 not referring to Amtrak?
17 A. Yes.
18 Q. Let's narrow it down then because I don't care
19 about a lot of your stations. I want to know
20 about those on the Worcester/Framingham line.
21 A. Right.
22 Q. Do you know who is responsible for Auburndale,
23 who constructed it?
24 A. No.

00090
1  Q. Do you know who constructed or is responsible
2  for West Newton?
3  MS. SOISSON: Objection. Are
4  you -- because it's two separate things.
5  MR. HENRY: Which is responsible
6  for and constructing?
7  MS. SOISSON: Right, you --
8  MR. HENRY: I got your
9  objection. Let's go on.
10 Q. Who was responsible for constructing West
11 Newton?
12 A. I don't know.
13 Q. And what about Newtonville?
14 A. I don't know.
15 Q. Who is responsible for maintaining Auburndale?
16 A. Then?
17 MR. DAILEY: At the time of the
18 incident?
19 MR. HENRY: Yes. Of course. At
20 the time of the incident.
21 A. Amtrak.
22 Q. And what about West Newton?
23 A. Amtrak.
24 Q. And Newtonville?

00091

1  A.  Amtrak.

2  Q.  Now, when I -- you and I may be talking about

3  different things when we're talking about

4  maintaining. What do you understand

5  maintaining to mean?

6  A.  Cleaning, repairing, change light bulbs.

7  Q.  So just upkeep basically, correct?

8  A.  Correct.

9  Q.  If there were a question about access for

10  medical personnel or for that matter passengers

11  in getting to the platform, do you know how

12  that would be raised or with whom?

13  A.  It could be raised in a number of forums.

14  Q.  Do you recall ever in your seven years it ever

15  being raised at one of those stations?

16  A.  No.

17  Q.  Had you prior to this instance ever heard of an

18  issue -- let's even open it up to all of the

19  commuter rails, of having difficulty for

20  medical personnel getting access to the trains

21  at the stations?

22  A.  I had never heard that.

23  Q.  And certainly not as to this line, correct?

24  A.  No.