Washington, D.C., Monday, November 20, 2000

Volume 58, No. 46

APTA PASSENGER TRANSPORT

The Weekly Newspaper of the Public Transportation Industry

In

A Special Feature of PASSENGER TRANSPORT

# Making Passenger Health and Safety a Paramount Issue

By Robert I. Thompson
President and Chief Operating Officer,
Services Group
Complient Corporation
Cleveland, Ohio

How much is one life worth? If we have the technology to save a life, are we responsible for making it available, and at what price?

These questions are indeed difficult ones, but transportation system administrators will soon need to ask and answer them when they evaluate their system's health and safety programs. At the 2000 APTA Annual Meeting in San Francisco, Complient and Amtrak jointly considered some of these questions during a one-hour presentation.



Thompson



Emergency medical response equipment, including an AED, has been installed on Virginia Railway Express cars.

Thanks to the Federal Aviation Administration, Amtrak, and others, the traveling public is becoming increasingly aware of a new safety net that can protect passengers against the number one cause of death in the United States, sudden cardiac arrest. The safety net is the automated external defibrillator or AED: a laptop-size device that analyzes heart rhythm and can deliver an electrical shock to return a heartbeat to normal.

Support for widespread public access to AEDs is broad and diverse, ranging from the American Heart Association to the President of the United States. This year, Amtrak became the first land-based transportation system to put AEDs on board its trains and in its stations, and Virginia Railway Express in northern Virginia was the first commuter rail system to do the same. The FAA has proposed that AEDs be placed in all major airports and on all commercial airlines.

On Oct. 27, Congress passed the Cardiac Arrest Survival Act, which will provide public access to defibrillation in all federal facilities. The bill has been sent to President Clinton, who has announced his support for the act, estimating it could save 20,000 lives annually.

Nationwide, about 700 people a day die from cardiac arrest. The American Heart Association estimates that if AEDs were widely available to cardiac arrest first respo

Reprinted with permission of Passenger Transt

Exhibit B

EXHIBIT
PENGAD 800-631-6989
Mighan 16
12-13-04

ders like train conductors, security, police, and fire personnel, about 40 percent of those deaths could be prevented.

With U.S. transit ridership now exceeding nine billion trips a year or about 25 million trips a day, how many of those are passenger lives that could be saved? How many would it take to make AEDs a responsible investment?

Those questions are being answered for all rail systems in a visionary pilot program, Operation Heartsaver, that has been implemented by Amtrak, VRE (operated by Amtrak Commuter Services), and Complient. The goal of Operation Heartsaver is to have trained personnel administer emergency medical treatment to victims of cardiac arrest within three minutes.

Every minute that passes before treatment—which includes oxygen and defibrillation, if warranted—lowers the chance of survival by 7 to 10 percent. Therefore, after eight or nine minutes, the chance of surviving sudden cardiac arrest falls to almost zero.

In the pilot program, which will continue into 2001, Complient is installing emergency medical response equipment in trains and stations and training more than 700 Amtrak and VRE police, crew, managers, and facility personnel in its use. The equipment includes an AED and prep kit, emergency oxygen, cardiopulmonary resuscitation audio-prompt, and a variety of first aid supplies.

The program, known as the Emergency Medical Response System, includes consultation, site assessment, training, equipment, and online management of training and equipment records through the Internet. Installations have been completed at Amtrak's stations in Washington (Union Station), Chicago (Union Station), and Philadelphia (30th Street Station), and on board the Auto Train. Complient installed one Emergency Medical Response System on VRE's four-car trains and two on its longer trains.

Operation Heartsaver is allowing us to identify and overcome many critical issues, ranging from the placement of emergency response equipment to how a moving train may affect the operation of an AED. We've learned that the ability of AEDs to analyze heart rhythms and deliver an electrical shock are unaffected by motion. We've also learned through our emergency response training program that good responders come from many different backgrounds, and they care about their passengers and coworkers.

The Cardiac Arrest Survival Act extends Good Samaritan protection to AED users and acquirers of the devices in states that do not have similar provisions already in place. This protection should eliminate any fear of litigation resulting from use of AEDs.

Since Operation Heartsaver began in earnest with the distribution of emergency medical response kits in May of this year, trained Amtrak and VRE personnel have responded successfully to a variety of medical emergencies, including cardiac arrests. In one case, the responders could not find a pulse. The AED was connected to the victim, it found the patient's pulse and analyzed it, and instructed personnel not to administer a shock. That is how an AED should work. It tells the respondents if a shock is necessary, and only delivers it when appropriate. In another case, the AED was used to deliver a shock, saving a woman's life.

With so many passengers and employees, who also are at risk of suffering cardiac arrest while on the job, there is no doubt that passenger transportation systems nationwide have it within their grasp to save hundreds of lives a year. Amtrak is laying the groundwork for all rail systems with Operation Heartsaver, which will result in a plan for equipment, placement, and training that all systems can adapt.

However, at an average cost of about $3,000 per device, is the cost too high? How much is the health and safety of passengers worth? What is the value of even one life?

Difficult questions indeed.

For information about implementing an AED program to respond to sudden cardiac arrest, contact:




27070 Miles Road, Suite 100
Solon, Ohio 44139
1-800-667-3541






# Operation Heartsaver:

## Proving Safety Programs Have A Pulse in the Rail Industry



***By Dr. Cheryl Opalack***

Since the Cardiac Arrest Survival Act was signed into law in 2000, a chilling picture has emerged about the leading cause of death in America. New statistics released by the Centers for Disease Control attribute almost half a million deaths a year to unexpected cardiac arrest. Survival rates nationwide are a dismal 5 to 7 percent, but there is new hope. Clinical studies show survival rates of 70 percent are possible when automated external defibrillators are readily available. And many organizations, including inner-city and commuter rail carriers, are stepping forward to make AEDs available.

Amtrak, Virginia Rail Express and New York MTA are a few of the carriers that have put AEDs in stations and, in some cases, onboard trains to protect passengers and workers. With rail passengers taking nearly 3 billion trips a year, lives surely will be saved. Amtrak and Virginia Rail Express, which is an Amtrak contract commuter operation, have already proven that with Operation Heartsaver – the first program to put AEDs onboard trains.

In 1999, the Federal Railroad Administration directed Amtrak and other railroads to institute a new medical emergency training and preparedness program called PREPARE. It required onboard service personnel to be trained in cardiopulmonary resuscitation (CPR) and first aid. As an adjunct to PREPARE, Amtrak formed a review group to gather information about the types of emergencies that occur onboard trains and in stations. They found that from November 1999 to April 2001, approximately 400 medical "events" were reported in Amtrak facilities and trains, and 40 percent of those were cardiac-related. These findings led to Operation Heartsaver, a pilot program that added AEDs to Amtrak's medical emergency program.

Complient Corporation of Cleveland, a national provider of workplace AED and public access defibrillation (PAD) solutions, helped Amtrak configure the emergency medical program to test Amtrak's ability to train lay-people to respond to medical emergencies, use emergency equipment including the AED and oxygen, and ultimately to save lives. Amtrak's management committee initially authorized $100,000 to fund the pilot program.

> *In nine months, Complient's emergency medical response units were put into action 42 times at Amtrak facilities.*

Ninety-nine emergency medical response units were deployed at several Amtrak and Virginia Rail Express maintenance shops, administrative facilities and onboard trains for the pilot program. From July 2000 through March 2001, 42 responses with the emergency response system were reported. Out of those, 39 patients required oxygen. In eight cases, AEDs were applied to the victims. In four cases, responders were advised not to shock the victim. In the other four, shocks were delivered resulting in four documented saves. A response was



considered a save if the system was deployed to the site, the victim was assessed and CPR started, the AED delivered a shock, and EMS were contacted to initiate transport of an unconscious victim to an emergency facility. In all four saves, the victims survived the shocks delivered by the AED and the transfer to the EMS unit. In one case, the victim did not endure emergency room evaluation and in another case, the victim did not survive the hospital stay.

Though the available data is insufficient to draw any exact conclusion, it's easy to see how a program like Operation Heartsaver implemented onboard all commuter trains could have a significant impact on the safety of the traveling public. The goals of Operation Heartsaver were to respond to a passenger or employee in distress and provide preliminary medical attention, follow through on the response by notifying EMS personnel, attract enough enthusiastic volunteers to keep the program fully staffed, and ultimately to save lives. By these measures, the pilot program was a success.

Much was learned from this program that will benefit Amtrak and other rail systems. Two concerns entering the program were whether AEDs would operate properly onboard moving trains, and if medical equipment could be secured. Operation Heartsaver proved AEDs work on trains and that medical equipment can be protected at company locations to prevent unauthorized usage, theft or vandalism. The program also proved employees, despite their position or education level, can be trained and counted on to be effective lay responders, and that their immediate response to medical emergencies saves lives. In addition, since there is an emotional toll extracted upon the lay responders, some form of after-event (post-trauma) counseling must be provided to those involved.

If Amtrak's numbers are representative of other commuter rail systems, 40 percent of all medical incidents are cardiac in nature. Operation Heartsaver proved that existing technology, equipment and training can produce lifesaving results, and it demonstrated that rail operators are meeting their obligation to the public to ensure passenger safety by preparing for life-threatening emergencies.

*Dr. Cheryl Opalack is a medical consultant in private practice. She previously was Corporate Medical Director for Amtrak and originally developed and managed the Operation Heartsaver pilot program.*

27070 Miles Road
Solon, Ohio 44139

800.223.5153

www.complient.com

