# Medical Emergency Procedures Review

# FINAL REPORT



**Submitted to:**

 **Massachusetts Bay Transportation Authority**

**Submitted by:**

*Transportation Resource Associates, Inc.* 

*DRAFT*

May 14, 2003

Exhibit C

*Transportation Resource Associates, Inc.*

## I. Introduction

The Massachusetts Bay Transportation Authority (MBTA) has engaged the services of Transportation Resources Associates, Inc., (TRA) a professional consulting firm, in order to conduct a comprehensive evaluation of its procedures for responding to medical emergencies. The primary emphasis of this assessment is related to its commuter rail operations (currently operated under contract by Amtrak), but this review also examined medical emergency procedures as utilized by the MBTA's subway, light rail, bus, paratransit, and commuter boat operations. This evaluation was conducted over a four-month period, beginning in September 2002. The findings and recommendations from this assessment are included in this report.

The immediate impetus for this review was the tragic incident of July 30 wherein a passenger experiencing a medical emergency aboard a MBTA commuter rail train did not receive immediate professional medical attention. This individual, Mr. James Allen, died shortly after commencement of the incident. As a result of this incident, the MBTA sought to ensure that it was implementing all reasonable and appropriate actions to respond to medical emergencies, and to modify procedures and training as necessary in order to enhance its efforts in this area. The MBTA also wanted to ensure that its medical emergency procedures and training reflected "best practices" in the commuter rail industry and as such, commissioned a survey of all US and Canadian commuter rail systems. This industry-wide survey was conducted in conjunction with this assessment.

The core tasks, which were conducted in accordance with this evaluation, are summarized as follows:

- Prepare an integrated report of investigation into the Incident involving Mr. Allen. This report relied heavily upon investigative materials and factual information previously prepared by Amtrak and the MBTA, along with additional information, gathered later in the process. [This report was previously provided to the MBTA in September, under separate cover.]

- Conduct an industry-wide survey of procedures, practices, and policies, utilized for addressing medical emergencies, at other commuter rail systems throughout the United States. This task also determined those procedures which may be appropriate at one system, but are not technically or operationally appropriate for the MBTA. This evaluation included these procedures that are conducted in concert with local emergency medical providers in order to ensure that any new procedures are consistent with the expectations of the providers. As a result of this survey, a recommendation of "best practice" procedures in use in the commuter rail industry has been provided to the MBTA.

- Survey the commuter rail industry to determine the types of training requirements in effect for train crewmembers. As noted above, this effort determined if there is an appropriate "best practice" relative to training crew members in how to

*Transportation Resource Associates, Inc.* 

respond to medical emergencies and applicability to the MBTA's commuter rail system. Based upon this analysis, recommendations are herewith provided to the MBTA relative to the need for new or modified training of its employees or employees of its service contractors.

- Examine the appropriateness and practicality of utilizing medical devices and technologies (such as Automated External Defibrillators - AEDs) on its commuter trains. This included a survey of the use of such equipment by other commuter rail systems, along with how these devices are utilized (i.e., available on the train, in supervisory vehicles, etc.). Associated issues such as training, maintenance, and operational compatibility, were also examined. The implications of instituting such equipment on the commuter rail mode relative to the subway and light rail modes is also be addressed. TRA surveyed emergency medical response providers throughout the Boston metropolitan area to gain their insight and opinions regarding the need for the MBTA to institute this type of equipment.

- Based upon the information gathered and analysis conducted, an examination of the implications of the revised approach to addressing medical emergencies for other service contractors to the MBTA was conducted. This included those contractors who provide paratransit and commuter ferryboat service under contract to the MBTA, with private contractor employees. While the "lessons learned" with the commuter rail response to medical emergencies was not directly analogous to the other contractors, this was an appropriate opportunity to examine the issues. TRA developed recommendations, as appropriate, for the implementation of new procedures for other contract operators.

- Conducted a focused evaluation of the current role of the MBTA's Safety Department in overseeing (and auditing) safety practices and compliance with procedures, of the commuter rail contractor. While the role of the Safety unit in commuter rail oversight is fairly limited, we believe there is a benefit to be derived from determining the specific scope of its involvement in the oversight of commuter rail. It should also be of assistance in helping all parties to fully understand the current role of the MBTA in assessing operational safety in commuter rail operations.

While the medical emergency, which focused attention on the need to examine the MBTA response to medical emergencies was a terrible tragedy, this assessment is intended as a means to improve future responses. The MBTA is to be commended for initiating this self-critical review and in its proactive stance towards enhanced responses to medical emergencies. Throughout this assignment, MBTA staff have worked diligently with TRA to review all internal and external resources which could be used to improve this response. There is little question as to the commitment of the MBTA in attempting to ensure that its procedures reflect "best practices" in the industry.

*Transportation Resource Associates, Inc.*

## V. MBTA Use of AEDs

A key element of this assessment has been to examine the appropriateness, practicality, and applicability of medical device technologies, which could be utilized by the MBTA during medical emergencies. This analysis has centered on the potential use of Automated External Defibrillators (AEDs), in various applications, by the MBTA. In addition, and as part of the survey of medical procedures utilized by other commuter rail operators, questions were asked regarding the use of AEDs, along with associated issues.

In summary, and as further defined in this section of the report, it is TRA's opinion that there is a benefit to the use of AEDs in specific applications throughout the MBTA system, and that the appropriate utilization by the MBTA should be re-evaluated on a regular basis.

This assessment of potential AED utilization at the MBTA is based upon the following factors:

- Current costs of purchasing and maintaining AEDs (for use in the transport environment);

- Current training (and refresher training) requirements for individuals in the use of AEDs;

- Current application of AEDs by US and Canadian commuter rail systems;

- Current application of AEDs by non-commuter rail transit systems; and

- The MBTA commuter rail operational environment and physical characteristics (station locations, proximity of EMS providers, communications capabilities, etc.).

As a brief summary of the technology, AEDs are portable computerized devices that deliver a shock to a person in cardiac arrest in order to restore normal heartbeat. With minimal training, normally an initial four-hour course followed up by an annual refresher course, laypersons can safely and effectively use the device during an emergency situation. AEDs will not permit the operator to send a shock if the heart does not need a shock to restore the normal heartbeat. AEDs have been proven effective in aiding the survival rate of individuals experiencing sudden cardiac arrest. Many municipalities have initiated programs to place AEDs in public facilities and virtually all EMS providers (and many fire and police departments) have placed AEDs in response vehicles and trained their personnel. In addition, many private and quasi-public entities (airports, shopping malls, office buildings) have also initiated programs to deploy AEDs.

In the City of Boston, AEDs have been placed in all EMS units and all Fire Department trucks. It is our understanding that there is a plan (not currently implemented and no

use of AEDs on trains. This analysis should be based upon changes in AED technology, training, input from EMS providers, and other operational factors.

TRA is proposing the following recommendations regarding the MBTA's use of AEDs:

1. **The MBTA should consider the deployment of AEDs in its four key commuter rail stations.** There are four stations in the MBTA commuter rail system which either serve as terminals and/or serve large numbers of passengers. These are North Station, South Station, Back Bay Station, and Route 128 Station. In addition, these stations are staffed on an almost full time basis (during train operational hours). Given the large numbers of commuters these stations serve and the high concentration of people in peak periods, the deployment of AEDs in these stations would be reasonable and appropriate. Another reason for the deployment of AEDs in three of these four stations is the issue of response time by Boston EMS. While Boston EMS is able to respond to the station itself within a five-minute window, the actual response time to the individual in distress (depending where they are in the station) could be much greater due to the size and complexity of the stations. An AED located in the station could minimize this response time. The MBTA (and Amtrak) need to determine where these AEDs should be located within the stations (for maximum effectiveness) and those employees who should be trained. In addition, the deployment of AEDs in these four stations can serve as a test application of AEDs for their use in other MBTA facilities (see recommendation number 2).

2. **The MBTA should evaluate the potential for deploying AEDs in its key subway and light rail stations.** In a situation analogous to that noted in recommendation number 1 above, there is the opportunity for enhanced response to medical emergencies by deploying AEDs in key rail transit stations. While it may not be practical to place AEDs in all rail transit stations, there are likely some key locations (such as Park Street) where it would be appropriate. Again, criteria such as station ridership and complexity of station layout should help determine those stations considered to be "key." Rail transit stations selected should also be staffed during service hours to ensure there is a trained employee who can utilize the AED. It should be noted that there are currently at least two rail transit systems — Washington Metropolitan Transit Authority (Washington DC – heavy rail); and the Port Authority of Allegheny County (Pittsburgh PA – light rail) – which have deployed AEDs in key stations. [The MBTA may desire to deploy the AEDs in the four commuter rail station noted in recommendation 1 first, and then evaluate their use in key rail transit stations.]

3. **The MBTA Police should consider AED deployment in all of its patrol vehicles.** During this assessment, there were discussions with the MBTA Police regarding the deployment of AEDs in patrol vehicles. [N.B. Subsequent to this initial discussion with the MBTA Police, there were

*Transportation Resource Associates, Inc.* 

additional discussions as to whether or not there was a formal plan for installation of AEDs in patrol vehicles.] Regardless, TRA concurs with this approach and believes this is an effective means to improve responses to medical emergencies. While the number of MBTA patrol vehicles on the street is relatively limited, the likelihood of having one of these vehicles near an MBTA transit facility is fairly high. MBTA Police officers are also currently trained in first aid and as such, are good candidates to utilize AEDs. In addition, the deployment of AEDs on MBTA police vehicles may serve as an impetus to deploy their use in Boston police vehicles (and other police jurisdictions), further reducing response time to medical emergencies.

4. **Amtrak should implement the AEDs it currently has acquired for use in its MBTA commuter rail maintenance facilities.** It is TRA's understanding that Amtrak has acquired AEDs for use in its MBTA maintenance facilities, but has not yet installed or implemented their use. While the use of AEDs at these locations is primarily for the benefit of Amtrak employees as opposed to passengers, this is still a critical application. The potential for sudden cardiac arrest in an industrial facility with many employees is significant and there are few operational or logistical obstacles to their deployment.

5. **The MBTA should consider the deployment of AEDs in its major maintenance facilities.** As noted in Recommendation number 4 above, the potential for sudden cardiac arrest in facilities where there are large numbers of employees is significant (due to normal health conditions and industrial accidents). Deploying AEDs in these facilities could improve the response to these incidents. In addition, it is possible that these AEDs could also benefit MBTA riders and the general community, depending on the location of these maintenance facilities.

6. **The MBTA should consider the deployment of AEDs in its commuter boat fleet.** At the current time, the commuter boats utilized by the MBTA (operated under contract) have first aid kits (required under Coast Guard regulations) but do not have AEDs. This study determined that if an individual were to experience cardiac arrest on board one of these vessels, the procedure would be to proceed to the nearest docking facility or to request assistance from the Coast Guard. This approach would almost always result in a time frame of greater than five minutes response time by EMS providers (or other emergency responders). In addition, the travel times for the boats (departure to arrival points) varies between 10 and 35 minutes, which are well in excess of the five minute response time recommended by EMS. As such, it is recommended that the MBTA (and it contract operators) consider the deployment of AEDs on board the commuter boat fleet, along with required training for crewmembers.