LEXIS PUBLISHING'S CODE OF FEDERAL REGULATIONS
Copyright (C) 2005, LEXIS Publishing

\*\*\* THIS SECTION IS CURRENT THROUGH THE AUGUST 4, 2005 ISSUE OF \*\*\*
\*\*\* THE FEDERAL REGISTER \*\*\*

TITLE 49 -- TRANSPORTATION
SUBTITLE B -- OTHER REGULATIONS RELATING TO TRANSPORTATION
CHAPTER II -- FEDERAL RAILROAD ADMINISTRATION, DEPARTMENT OF TRANSPORTATION
PART 239 -- PASSENGER TRAIN EMERGENCY PREPAREDNESS
SUBPART A -- GENERAL

**Go to the CFR Archive Directory**

*49 CFR 239.1*

§ 239.1 Purpose and scope.

(a) The purpose of this part is to reduce the magnitude and severity of casualties in railroad operations by ensuring that railroads involved in passenger train operations can effectively and efficiently manage passenger train emergencies.

(b) This part prescribes minimum Federal safety standards for the preparation, adoption, and implementation of emergency preparedness plans by railroads connected with the operation of passenger trains, and requires each affected railroad to instruct its employees on the provisions of its plan. This part does not restrict railroads from adopting and enforcing additional or more stringent requirements not inconsistent with this part.

**HISTORY:** *[63 FR 24630, 24676,* May 4, 1998]

**AUTHORITY:** AUTHORITY NOTE APPLICABLE TO ENTIRE PART:
*49 U.S.C. 20102-*20103, 20105-20114, 20133, 21301, 21304, and 21311; *28 U.S.C. 2461,* note; and *49 CFR 1.49(c),* (g), (m).

**NOTES:** [EFFECTIVE DATE NOTE: *63 FR 24630, 24676,* May 4, 1998, added Part 239, effective July 6, 1998.]

115 words