00001
1

2    UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
3
        04-12080-PBS
4

5
******************************************
6  MARLENE V. ALLEN, Executrix of the  *
    Estate of James R. Allen, Ph.D.,  *
7        Plaintiff,    *
                      *
8     V          *
                      *
9  MASSACHUSETTS BAY TRANSPORTATION   *
    AUTHORITY, et al.,      *
10       Defendants.    *
******************************************
11

12

13     Deposition of NATIONAL RAILROAD

14  PASSENGER CORPORATION, By LARRY R. BEARD, taken

15  on behalf of the Plaintiff, pursuant to Notice

16  under the Federal Rules of Civil Procedure

17  30(b)(6), before Janice A. Maggioli, RPR, RMR,

18  CRR, and Notary Public in and for the

19  Commonwealth of Massachusetts, at the offices

20  of Meehan, Boyle, Black & Fitzgerald, Two

21  Center Plaza, Boston, Massachusetts, on May 20,

22  2005, commencing at 10:05 a.m.

23

24

00053
  1 emergency planning response for planning for

  2 mitigation and response for emergencies, large

  3 scale or minor.

  4 Q. I understand this is going to be a gross

  5 simplification, but generally is it fair to say

  6 that corporate safety is involved more in the

  7 accident prevention and day-to-day work safety

  8 issues and even maybe day-to-day passenger

  9 safety issues whereas emergency preparedness is

10 reactive and responds to a situation that

11 develops?

12 A. And development of mitigation for problems.

13 Q. Now, you had talked about the interaction

14 between the operating railroad and Amtrak as a

15 service provider to that railroad regarding its

16 Emergency Preparedness Plan would be at the

17 local commuter level, Amtrak's local commuter

18 level, and with the Corporate Training

19 Department perhaps through the division, but

20 also it would be through your office, emergency

21 preparedness?

22 A. That's correct.

23 Q. In a scenario such as we have here who, if you

24 know, is the host railroad for the

00054
1  Framingham/Worcester line?

2  A.  If my memory serves me right, it's CSX.

3  Q.  And the operating railroad for the commuter

4  service is the MBTA?

5  A.  That's correct.

6  Q.  And Amtrak is the service provider --

7  A.  We're the contractor.

8  Q.  Now, presumably that would mean based on what

9  you described, that the MBTA would be required

10  to have a joint emergency preparedness plan

11  developed with CSX in order to be in compliance

12  with 49 CFR 239; is that correct?

13  MS. SOISSON:  Objection.  You

14  can answer.

15  MS. JUMPER:  Objection.

16  MS. SOISSON:  Give me a chance

17  to get the objection in there.

18  THE WITNESS:  I'm sorry.

19  MS. SOISSON:  That's okay.

20  A.  Yes.

21  Q.  To put it another way:  With CSX being the host

22  railroad for the Framingham/Worcester line and

23  the MBTA being the operating railroad, as of

24  the date of this incident in 2002, the MBTA