```
00001
  1           VOLUME:   I
              PAGES:    1 - 122
  2           EXHIBITS: SEE INDEX
  3
              UNITED STATES DISTRICT COURT
  4
         FOR THE DISTRICT OF MASSACHUSETTS
  5
                 C.A. NO. 04-12080-PBS
  6
  7
  MARLENE V. ALLEN, Executrix of
  8 the Estate of James R. Allen, Ph.D.,
          Plaintiff,
  9
        vs.
 10
  MASSACHUSETTS BAY TRANSPORTATION
 11 AUTHORITY, NATIONAL RAILROAD
    PASSENGER SERVICE (a/k/a "AMTRAK"
 12 and CSX TRANSPORTATION, INC.
          Defendants.
 13
 14
 15       DEPOSITION OF AMTRAK BY DANIEL R. PETERS,
 16 a witness called on behalf of the Plaintiff,
 17 pursuant to the Federal Rules of Civil Procedure,
 18 before Linda A. Menard, a Registered Professional
 19 Reporter and Notary Public in and for the
 20 Commonwealth of Massachusetts, at Meehan, Boyle,
 21 Black & Fitzgerald, P.C., Two Center Plaza, Suite
 22 600, Boston, Massachusetts, on Wednesday, April 27,
 23 2005, commencing at 10:10 a.m.
 24
```

00013
 1   Q.  And what did you do in 1993?
 2   A.  Applied for and received the promotion of
 3  senior instructor for training.
 4   Q.  And how long were you a senior instructor?
 5   A.  Until I retired in June of 2003.
 6   Q.  When you say retired, you mean from
 7  Amtrak?
 8   A.  I retired from Amtrak, yes, sir.
 9   Q.  All right.  And since joining the MBCR,
10  what have you done?
11   A.  Just a conductor.
12   Q.  Don't say it like that.  It's a noble
13  trade.
14       MS. SOISSON:  The most important job on
15  the train.
16       MR. HENRY:  Right, as we have learned.
17   Q.  And again that's on the Rockport line,
18  right?
19   A.  Yes, sir.
20   Q.  Good.  Really quickly, do you have any --
21  what's your educational background?
22   A.  High school, Associate's from the Air
23  University.
24   Q.  I'm sorry, from where?

00112
1  taught because I understand this is what you were
2  teaching in terms of what to do, was there any --
3  and I asked you if there were written training
4  materials. I'm asking it a different way now. Was
5  there any written policy or procedure that dealt
6  with that issue, that is, stop the train at the
7  next station or at the next access or crossing
8  point?
9     A.  Amtrak probably had a procedure. I never
10 did see it.
11        MS. SOISSON: Well, if you never saw it,
12 you don't know, so...
13        MR. HENRY: I disagree with that.
14        THE WITNESS: Okay.
15        MR hENRY: There's a lot of things I've
16 never seen that I know about, but all right.
17        MS. SOISSON: Don't speculate.
18    Q.  Don't testify to things you don't know.
19    A.  I have no idea.
20    Q.  Based on what you know about the incident
21 in this case, what did you train the crews about
22 with respect to what rules governed what the
23 conductor would do in the event of a medical
24 emergency, let's say, just on the Framingham line?

00113
1     MS. SOISSON: Objection.
2     Q. I'll try to clarify a little bit.
3     MS. SOISSON: Well, my concern is I think
4  all he said is what he knew was what he read in the
5  paper. He wasn't involved in the investigation.
6  And if you are going to start asking him, you know,
7  to --
8     Q. Let me ask it this way. Based on the
9  training received by the crew on Train P514, what
10 rules were they trained to follow with respect to a
11 medical emergency.
12    A. The rules for medical emergencies apply to
13 all trains on all lines, not one specific line, as
14 specific rules. They were taught to check a
15 victim, make an analysis of the problem.
16    Q. I understand where you're going. What I'm
17 asking, though, is, is there a single set of rules?
18 For example, were they to follow MBTA specific
19 rules and regulations or procedures or Amtrak?
20    A. Amtrak's rules, they were supposed to
21 follow.
22    Q. Have you eave heard of or seen the MBTA
23 emergency plan?
24    A. I only saw the plan after the incident.

00114
1    Q.  Were you ever -- did you ever instruct
2  based upon what was contained in the MBTA emergency
3  plan?
4    A.  I did not.
5    Q.  Were you ever asked to or required to, as
6  far as you know, instruct any of your crews on what
7  was contained in the MBTA emergency plan?
8    A.  I was not.
9    Q.  Do you have any idea why the MBTA had an
10 emergency plan?
11   A.  I have no idea.
12   Q.  From a training perspective -- I think I
13 know the answer to it if you never saw it until
14 after the incident; but for the record, from a
15 training perspective, did Amtrak ever train any of
16 the crew members, conductors or assistant
17 conductors that the information contained in the
18 MBTA emergency plan controlled or was to control
19 their actions in the event of a medical emergency?
20   A.  Are we speaking of after the incident?
21   Q.  No, prior to the incident.
22   A.  No.
23   Q.  Having seen the MBTA emergency plan
24 afterwards, did you train crews based on the MBTA