UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D.,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO: 04-12080-PBS |

**PLAINTIFF'S PRETRIAL DISCLOSURE OF WITNESSES
PURSUANT TO FED. R. CIV. P. (a)(3) AND LR 16.5(C)**

Plaintiff Marlene V. Allen, Executrix of the Estate of James R. Allen, Ph.D., hereby submits the following pretrial disclosure of evidence which she may present at trial, other than solely for impeachment, pursuant to Fed. R. Civ. P. 26(a)(3) and L.R. 16.5(C):

**Fed. R. Civ. P. 26(a)(3)(A) - Witnesses**

**(A)   Witnesses Whom Plaintiff Expects to Present
         (several named in the alternative depending upon availability at time of trial)**

1. Gerald Alch, Associate General Counsel, MBTA
2. Marlene V. Allen, decedent's widow and plaintiff
3. Fletcher J. Allen, decedent's son
4. Julie A. (Allen) Amov, decedent's daughter
5. Richard Bailey, Ph.D., colleague of decedent
6. Anna M. Barry, Director of Railroad Operations, MBTA
7. Larry R. Beard, Director - Office of Emergency Preparedness, Amtrak
8. Susan Bergeron, Assistant Conductor, Train P514, Amtrak
9. Dale H. Boam, passenger / witness to incident
10. Paul Carroll, Rules Examiner and Training Instructor, Amtrak
11. Michael Castro or other representative of Newton Police Dept.
12. Dianne Cavaleri and/or John Doyle, Boston EMS

13. Michael J. Decataldo, Superintendent, New England Division, Amtrak
14. Anthony Dendler, passenger / witness to incident
15. Reginald A. Durden, Jr., Director of Train Operations, CSX
16. Rebecca Ferrante-Crocker, passenger / witness to incident
17. Les Fiorenzo and/or Janet Lee, Federal Railroad Administration
18. Julie M. Flemming, passenger / witness to incident
19. Cynthia A. Gallo, Director of Safety, MBTA
20. Kirsten N. Hano, passenger / witness to incident
21. Jeanne Hathaway, passenger / witness to incident
22. Bruce Held, Engineer, Train P514, Amtrak
23. Jennifer L. Houghton, passenger / witness to incident
24. JeLisa M. Jones, passenger / witness to incident
25. Stephen A. Jones, former Chief transportation Officer, MBTA
26. Edmund A. Kinsella, passenger / witness to incident
27. Walter LaCombe, Assistant Conductor, Train P514, Amtrak
28. Richard L. Moran, Train Dispatcher, CSX
29. Michael H. Mulhern, former General Manager, MBTA
30. Garry O'Brien, passenger / witness to incident
31. Francis J. O'Connor, Jr., Assistant Acting General Manager, Amtrak
32. Michael J. O'Malley, Director of Ops/Acting GM - Commuter, Amtrak
33. James A. Peros, Conductor, Train P514, Amtrak
34. Joseph D. Pestauro, Special Ass't to the General Manager/Press Sec'y, MBTA
35. Daniel R. Peters, former Senior Training Instructor, Amtrak
36. Norbert P. Psuty, Ph.D., colleague of decedent
37. Suzanne L. Rose, passenger / witness to incident
38. James Sparks or other representative of Newton Fire Dept.
39. Alicia M. V. Wyman, passenger / witness to incident
40. Julian M. Aroesty, M.D., plaintiff's expert
41. Richard C. Beall, Railroad Operations and Safety Consultant, plaintiff's expert
42. Stephen H. Brooks, Ph.D., plaintiff's expert
43. Richard O. Cummins, M.D., M.P.H., M.Sc., plaintiff's expert
44. Michael B. Fowler, M.B., F.R.C.P., plaintiff's expert
45. Edward J. Murphy, Chief (ret'd), Newton Fire Department, plaintiff's expert

**(B)     Witnesses Whom Plaintiff May Call If the Need Arises**

46. Susan S. Altshuler, Director of Operations, MBTA
47. Steven J. Alleman, Senior Director, Operations Department, Amtrak
48. Clifford Avery, passenger / witness to incident
49. E.S. "Stan" Bagley, Jr., President, Northeast Corridor, Amtrak
50. Lewis Best, Detective, MBTA Police

51. Lynn M. Bowersox, General Manager, Eastern Region, Amtrak
52. Lynn-Ann Broccoli, Secretary, Amtrak
53. David Carney, Chief Planning & Service Development, MBTA
54. Dianne Cavaleri, Boston EMS
55. Joseph C. Carter, Chief (2003) MBTA Police
56. Alan H. Castaline, Deputy Chief Operating Officer, MBTA
57. John A. Chansky, passenger / witness to incident
58. Mark Christensen, Chief Mechanical Officer, MBTA Commuter Rail
59. Mark Christopher, passenger / witness to incident
60. Raymond J. Ciarlo, Superintendent of Train Movements, Amtrak
61. David Clough, Mechanical Officer, MBTA Commuter Rail
62. Cecilia Cummings, Spokesperson, Amtrak
63. Richard Currier, Senior Trainmaster, Amtrak
64. Jonathan R. Davis, Chief Financial Officer (2002), MBTA
65. Bashi Dehestani, passenger / witness to incident
66. Louis DePhillips, Labor Relations, Amtrak
67. Maryann T. Donovan, passenger / witness to incident
68. John Doyle, Boston EMS
69. Steven W. Epps, Director of Bus Operations (2002), MBTA
70. Michael I. Elsenberg, passenger / witness to incident
71. Les Fiorenzo, Federal Railroad Administration
72. William Fleming, Chief (2002), MBTA Police
73. Aleece Foxx, former Safety Engineer, Amtrak
74. Frederick Fournier, Rules Department, Amtrak
75. Irina Frenkel, passenger / witness to incident
76. Arlene Friner, Chief Financial Officer (2002) Amtrak
77. Michael Galvin, Trainmaster, Amtrak
78. Douglas Hanchett, Boston Herald
79. Sean Harding, passenger / witness to incident
80. Robert Hayden, Assitant General manager - Safety, MBTA
81. Phil Herbert, former Safety Engineer, Amtrak
82. Anne Y. Herzenberg, Chief Operating Officer, MBTA
83. James Hill, Vice President, Transportation Resource Associates, Inc.
84. John Hogan, Manager of Transportation and Customer Service, MBTA
85. James Hooley, Superintendent Operations, Boston EMS
86. Melissa Jess, Secretary, MBTA
87. Paige E. Kane, Regional Vice President, CSX
88. Cynthia Kelly, passenger / witness to incident
89. Kenneth A. Korach, Transportation Resource Associates, Inc.
90. Jerome Kirzner, Deputy Chief of Operations, Rail - CalTrain
91. Paul Lahey, Safety Officer, Amtrak

92. Janet Lee, Federal Railroad Administration
93. Kevin E. Lydon, General Manager - Commuter Services, Amtrak
94. Thomas Lyons, Boston EMS Spokesperson
95. Isioma Maduemezia, passenger / witness to incident
96. John Manning, Assistant Chief Dispatcher, Amtrak
97. Veronica Melendez, passenger / witness to incident
98. Richard Messinger, passenger / witness to incident
99. Robert Murphy, System Safety Operations, MBTA
100. John O'Connor, Amtrak Police Department
101. Cheryl Opalack, M.D., former Medical Director, Amtrak
102. Peter Pasciucco, MBTA Police
103. Jeffrey A. Parker, Director of Subway Operations (2002), MBTA
104. Caroline Pearson, passenger / witness to incident
105. William C. Rae, Senior Trainmaster, Amtrak
106. John Ray, Deputy Director of Railroad Operations (2002), MBTA
107. J.B. Rock, Operations Supervisor, CSX
108. Erik Scheier, Project Director for Operations / Project Manager, MBTA
109. Carl H. Senftleben, Director of Train Operations, Amtrak
110. James F. Shanahan, National Accounts Manager, Complient Corp.
111. Nancy Shea, Assistant Director of Safety, MBTA
112. Mary Ellen Surperanant, Assistant to the General Manager, Amtrak
113. James R. Vaughan, passenger / witness to incident
114. Mary Wilson, Executive Assistant, MBTA
115. Kenneth E. Wortham, Procurement Dept., Amtrak

Plaintiff reserves the right to call as a witness to trial any witness disclosed by any other party in the case and, further, reserves the right to supplement this list as and when appropriate in light of discovery responses and documents from the defendants which remain outstanding.

**Fed. R. Civ. P. 26(a)(3)(B) - Designation of Deposition Testimony**

Plaintiff anticipates no designations of deposition testimony at this time, but reserves the right to make such designations should particular witnesses be unavailable to testify when called

for trial.  Plaintiff further reserves the right to make counter-designations in the event any other party opts to make designations of deposition testimony.

>Respectfully submitted, Plaintiff, Marlene V. Allen,
>Executrix of the Estate of James R. Allen, Ph.D.
>By Her Attorneys,
>
>*/s/ Bradley M. Henry*
>_____
>Leo V. Boyle, BBO No. 052700
>Bradley M. Henry, BBO No. 559501
>MEEHAN, BOYLE, BLACK & FITZGERALD, P.C.
>Two Center Plaza, Suite 600
>Boston, MA  02108-1922
>(617) 523-8300

**CERTIFICATE OF SERVICE**

    I, Bradley M. Henry, certify that on August 26, 2005, I served the foregoing Plaintiff's Pretrial Disclosure of Witnesses Pursuant to Fed. R. Civ. P. 26(a)(3) and LR 16.5(C) by electronic filing and by mailing an exact copy thereof, first class mail postage prepaid to all counsel:  Michael J. McCormack, Esq., David T. Mitrou, Esq. and Amy M. Soisson, Esq., McCormack & Epstein, 1 International Pl. - 7th Fl., Boston, MA 02110; William J. Dailey, Jr., Esq. and Harry A. Pierce, Esq., Sloan and Walsh, 3 Center Plaza, Boston, MA 02108.

>*/s/  Bradley M. Henry*
>_____
>Bradley M. Henry