UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC., <br> Defendants. | CIVIL ACTION NO: 04-12080-PBS |

**PLAINTIFF'S PRETRIAL DISCLOSURE OF EXHIBITS
PURSUANT TO FED. R. CIV. P. 26(a)(3) and L.R. 16.5(C)**

Plaintiff Marlene V. Allen, Executrix of the Estate of James R. Allen, Ph.D., hereby

submits the following pretrial disclosure of evidence which she may present at trial, other than

solely for impeachment, pursuant to Fed. R. Civ. P. 26(a)(3) and L.R. 16.5(C):

**Fed. R. Civ. P. 26(a)(3)(C) - Exhibits**

**(A)    Exhibits Which Plaintiff Expects to Offer**

LaCombe Exhibit 1     Handwritten drawing (of inside of P514's Car 3)
LaCombe Exhibit 2     Handwritten Statement (fr: Amtrak investigation)
LaCombe Exhibit 3     Timeline

Bergeron Exhibit 2     Bergeron's NORAC rule book
Bergeron Exhibit 3A     Handwritten statement (fr: Amtrak investigation)
Bergeron Exhibit 3B     Typewritten statement (fr: Amtrak investigation)
Bergeron Exhibit 7     Handwritten drawing (overhead of train showing crew locations)
Bergeron Exhibit 8     Handwritten drawing (overhead of vestibule / foyer)

Peros Exhibit 1A     Train schedule (actual schedule)
Peros Exhibit 2     Transcription of Voice Tapes (Ref: Ciarlo 8:59:08; 9:06:10; Beacon Park)
Peros Exhibit 3     Amtrak Employee Timetable p. C-95 (Special Instruction F-S1)
Peros Exhibit 4     On Board Training Summary

| | |
|---|---|
| Peros Exhibit 5 | Handwritten / Typewritten Statement |
| Peros Exhibit 6 | MBTA Police Report, 8/8/02 |
| | |
| Barry Exhibit 1 | MBTA / Amtrak 1995 Operating Agreement and Exhibits A - L |
| Barry Exhibit 2 | MBTA Passenger Train Emergency Preparedness Plan (thru rev. 11/01) |
| Barry Exhibit 3 | CSX Dispatch notification procedure (one-page flow chart) |
| Barry Exhibit 4 | TRA "Final" Report (May 2003 Internet Version) |
| | |
| O'Malley Exhibit 1A | Amtrak Investigation Report - Vol. I  (3-Ring Binder) |
| O'Malley Exhibit 1B | Amtrak Investigation Report - Vol. II (3-Ring Binder) |
| O'Malley Exhibit 2 | Amtrak's Revised Special Instructions 940-S4/S5 |
| | |
| Mulhern Exhibit 2 | Initiative / FEMA Doc. MBTA - Red Cross Release |
| Mulhern Exhibit 3 | Boston Globe Article, 7/31/02 |
| Mulhern Exhibit 4 | Boston Globe Article, 7/31/02 18:18 |
| Mulhern Exhibit 5 | Wellesley Townsman Article, 8/1/02 |
| Mulhern Exhibit 6 | MetroWest Daily Article, 8/1/02 |
| Mulhern Exhibit 7 | Boston Globe Article, 8/3/02 |
| Mulhern Exhibit 8 | Boston Herald Article, 8/2/02 |
| Mulhern Exhibit 9 | Boston Herald Article, 8/5/02 |
| Mulhern Exhibit 10 | Boston Herald Article, 8/6/02 |
| Mulhern Exhibit 11 | Boston Globe Article, 8/2/02 |
| Mulhern Exhibit 12 | Boston Globe Article, 8/5/02 |
| Mulhern Exhibit 13 | Mulhern / MBTA Op-Ed Article, 8/12/02 |
| Mulhern Exhibit 14 | Boston Globe Article, 5/24/03 |
| Mulhern Exhibit 15 | MBTA Website Information, print date 10/1/02 |
| Mulhern Exhibit 16 | APTA "Passenger Transport" Newsletter, 11/20/00 |
| Mulhern Exhibit 17 | Complient / Amtrak Article by Amtrak's Dr. Cheryl Opalack |
| Mulhern Exhibit 18 | US-DOT Recommended Emergency Preparedness Guidelines 1999 |
| | |
| CSX-Durden Exhibit 10A | Boston Line Maps |
| CSX-Durden Exhibit 11A-B | Two Audio Tapes - Framingham / Beacon Park |
| CSX-Durden Exhibit 12 A-B | Two Audio Tapes - Telephone Line 6102 |
| CSX-Durden Exhibit 13 | MBTA Gallo Memo, August 6, 2002 |
| CSX-Durden Exhibit 14 | Meeting Notes from September 4, 2002 |
| | |
| Amtrak-Peters Exhibit 2 | Prepare 2000 |
| Amtrak-Peters Exhibit 3 | Prepare 2002 Emergency First Care Refresher |
| Amtrak-Peters Exhibit 4 | Emergency First Care document |
| Amtrak-Peters Exhibit 5 | Crew Training Histories |
| Amtrak-Peters Exhibit 6 | OCG-105 MBTA Amtrak Conductor Refresher Training |
| Amtrak-Peters Exhibit 7 | Emergency Situations Master Sheet |
| Amtrak-Peters Exhibit 8 | Course Overview CSE-102 |

| | |
|---|---|
| Amtrak-Peters Exhibit 9 | Training 2000 |
| Amtrak-Peters Exhibit 10 | MBTA Files Box F Documents |
| | |
| Amtrak-DeCataldo Exhibit 11 | Amtrak Organizational Chart for the Eastern Region, 2002 |
| Amtrak-DeCataldo Exhibit 12 | E.S. "Stan" Bagley's File |
| | |
| Ferrante-Crocker Exhibit 3 | Diagram |
| Rose Exhibit 1 | Diagram |
| Rose Exhibit 6 | Diagram |
| Wyman Exhibit 1 | Diagram |
| | |
| Amtrak-Beard Exhibit 17 | Amtrak - CSX Emergency Response Plan |
| Amtrak-Beard Exhibit 18 | Operation HeartSaver Amtrak / Complient Contracts Material |
| Amtrak-Beard Exhibit 18A | Statements of Work |
| Amtrak-Beard Exhibit 18B | Pricing Proposal |
| Amtrak-Beard Exhibit 18C | List of Locations |
| Amtrak-Beard Exhibit 18D | Description of Pilot Program |
| Amtrak-Beard Exhibit 18E | Final Education Report |
| Amtrak-Beard Exhibit 18F | Annual Meeting Minutes |
| Amtrak-Beard Exhibit 18G | Brochures |
| Amtrak-Beard Exhibit 18H | Student Training Pack |
| Amtrak-Beard Exhibit 18I | Organization Geography List |
| Amtrak-Beard Exhibit 18J | Operation Heartsaver Installation Plan |
| Amtrak-Beard Exhibit 19 | E-mail 9/28/00 |
| Amtrak-Beard Exhibit 20 | E-mail 9/15/02 |
| Amtrak-Beard Exhibit 21 | Memo May 21, 1999 |
| Amtrak-Beard Exhibit 22 | Fact Sheet June 2000 |
| Amtrak-Beard Exhibit 23 | AED for Lay Rescuer and First Responder |
| Amtrak-Beard Exhibit 24 | Memo April 25, 2000 |
| Amtrak-Beard Exhibit 25 | Memo to Operation HeartSaver Participants |
| Amtrak-Beard Exhibit 26 | AHA Brochure, HeartSaver AED |
| Amtrak-Beard Exhibit 27 | Certificate of Medical Authority |
| Amtrak-Beard Exhibit 28 | Certificate of Medical Authority |
| Amtrak-Beard Exhibit 29 | List of Phone Numbers |
| Amtrak-Beard Exhibit 30 | List of Names |
| Amtrak-Beard Exhibit 31 | E-mail, 12/7/99 |
| Amtrak-Beard Exhibit 32 | Injury Illness Report |
| | |
| MBTA-Barry Exhibit 3 | Amtrak Bulletin Notice 1-S23 |
| MBTA-Barry Exhibit 4 | Amtrak Unusual Occurrence Report for Allen Incident |
| MBTA-Barry Exhibit 5 | Letter MBTA Jones to Amtral O'Malley, 7/31/02 |
| MBTA-Barry Exhibit 6 | Draft of CS-1 Customer Service Notice |
| MBTA-Barry Exhibit 8 | Memo, July 2, 2003 |

| | |
|---|---|
| MBTA-Barry Exhibit 9 | Memo, January 30, 1996 |
| MBTA-Barry Exhibit 10 | Amtrak Emergency Notification Procedures, Southwest |
| MBTA-Barry Exhibit 11 | Outline of Amtrak Training Program |
| MBTA-Barry Exhibit 12 | MBTA / Amtrak Railroad Safety and Emergency Procedures |
| MBTA-Barry Exhibit 13 | Memo & Attendance for 8/6 - 9/4/02 Meeting |
| MBTA-Barry Exhibit 14 | TRA Summary of Incident / Investigation Reports, 9/27/02 |
| MBTA-Barry Exhibit 15 | Set of Documents re: Incident |
| MBTA-Barry Exhibit 16 | FOIA Request Document from Boston Herald |
| MBTA-Barry Exhibit 17 | FOIA Response to Boston Herald Letter, 9/13/02 |
| MBTA-Barry Exhibit 18 | FOIA Response to Boston Herald Letter, 9/4/02 |
| MBTA-Barry Exhibit 19 | GM Briefing on Procedure Review, 3/25/03 |
| MBTA-Barry Exhibit 20 | Memos of Review of TRA Draft Reports |
| MBTA-Barry Exhibit 21 | MBTA Emergency SOPs for bus, water shuttle, subway, etc. |
| MBTA-Barry Exhibit 22 | Survey of Commuter Rail Emergency Response SOPs |
| MBTA-Barry Exhibit 23 | Materials re: Linear Route Profiles |
| MBTA-Barry Exhibit 24 | CalTrain Medical Emergency Train Positioning Procedures |
| MBTA-Barry Exhibit 25 | FRA Emergency response Meeting Attendance List |
| MBTA-Barry Exhibit 26 | Amtrak's Redistribution of AEDs |
| MBTA-Barry Exhibit 27 | Barry Notes of Meeting, 8/7/02 |
| | |
| MBTA-Barry Exhibit 30 | Steve Jones' file (MBTA Commuter Rail Chief of Transportation) |
| MBTA-Barry Exhibit 31 | MBTA Railroad Department Payroll Records |
| MBTA-Barry Exhibit 32 | Fax fr: L. Fiorenzo to A. Barry re: 2002 LIR Incident |
| MBTA-Barry Exhibit 33 | Briefing Summary for General Manager, 7/30/02 |
| MBTA-Barry Exhibit 34 | Amtrak's Discipline Expungement Guidelines |
| MBTA-Barry Exhibit 35 | MBTA Press Release dated 7/31/02 |
| MBTA-Barry Exhibit 36 | Undated Letter fr: MBTA A. Barry to Amtrak K. Lydon |
| MBTA-Barry Exhibit 37 | Notification procedures 01/93 |
| MBTA-Barry Exhibit 38 | MBTA Statement of Revenue and Expenses |
| MBTA-Barry Exhibit 39 | MBTA Financial Statements and Supplementary Information |
| MBTA-Barry Exhibit 40 | MBTA List of Medical Emergencies (incomplete) |
| MBTA-Barry Exhibit 41 | Amtrak Emergency Preparedness Plan (NE Corridor Operations) |
| MBTA-Barry Exhibit 42 | Amtrak Training Department Reports, 4/5/02 |
| MBTA-Barry Exhibit 43 | A. Barry Palm Pilot entries re: incident |
| MBTA-Barry Exhibit 44 | APTA Commuter Rail Safety Management Program |
| MBTA-Barry Exhibit 45 | MBTA Record of Customer Calls (incomplete) |
| MBTA-Barry Exhibit 46 | MBTA Commuter Rail Organizational Chart |
| MBTA-Barry Exhibit 46A | Listing of MBTA Commuter Rail Employees |
| MBTA-Barry Exhibit 47 | E-mail 7/6/2005 |
| MBTA-Barry Exhibit 48 | MBCR Timetable pp. 142-143 (Special Instruction 940-S5) |
| MBTA-Barry Exhibit 49 | MBCR Emergency Preparedness Plan |
| MBTA-Pesaturo Exhibit 1 | Boston Herald Article (ID #51) |

Decedent's Medical and Post-Mortem Records
Decedent's Death Certificate
Photographs of MBTA Stations, Trains, Seating, Vestibule / Foyer and Emergency Equipment
Photographs of Decedent and Allen Family
Maps and Diagrams of the City of Newton and the Framingham - Boston Route
Aerial Photographs of Train Route
Newton Fire Department Records of Equipment and Personnel Status, 7/30/02
Newton Police Department Records of Equipment and Personnel Status, 7/30/02
Artificial Respiration Mouth Guard
Ambu-Bag Resuscitator
Automated External Defibrillator
Video Footage of Routes to MBTA Stations
Decedent's Work Records and Materials
Decedent's Resume or *Curriculum Vitae*
Decedent's Academic and Research Publications
Plaintiff's and Decedent's Income Tax and Financial Records
Funeral and Memorial Service Bills
Funeral and Memorial Service Bulletins, Tributes, Obituaries, Eulogies
Life Tables (2002) and Work-life Indices (2002)
MBTA Commuter Rail Tickets, Schedules, Pass Materials and Brochures
MBTA Advertising and Marketing Materials
MBTA Annual Reports (2002-05) and related Financial Records
Amtrak Annual Reports (2002-05) Financial Records
Agreements / Correspondence between Amtrak and MBTA re: Claims and Cross-claims at Trial
Experts' *Curriculum Vitae*

**(B)       Exhibits Which Plaintiff May Offer If the Need Arises**

Peros Exhibit 1B          Train schedule (photocopy)
Peros Exhibit 7           Amtrak Report from L. Bowersox, 8/3/02 plus Chronology (fr: Inv. Rpt)

Held Exhibit 1            Copy of RR Engineer's License
Held Exhibit 2            Handwritten Drawing (of train)
Held Exhibit 3            Graphic Download

Bergeron Exhibit 4        Run Sheet / Amtrak / MBTA Trainmen Schedule
Bergeron Exhibit 5        Set of documents / Selected Bergeron Personnel Papers
Bergeron Exhibit 6        Commuter Train and Engine Service Claim

CSX-Durden Exhibit 1              Deposition Notice
CSX-Durden Exhibit 2              NORAC Operating Rules
CSX-Durden Exhibit 3              NORAC Operating Rules
CSX-Durden Exhibit 4              CSX / MBTA Trackage Rights Agreement

CSX-Durden Exhibit 5            Train Sheet
CSX-Durden Exhibit 6            Train Sheet
CSX-Durden Exhibit 7            Timetable Number 3
CSX-Durden Exhibit 8            Amtrak / CSX Transportation Plan
CSX-Durden Exhibit 9            Emergency Evacuation Plan
CSX-Durden Exhibit 10B          Maintenance Program and Track Chart
CSX-Durden Exhibit 15           Procedure Review 3/25/03
CSX-Durden Exhibit 16           MBTA GM Briefing - 3/25/03


Amtrak-Peters Exhibit 1         Deposition Notice and Attachments


Amtrak-DeCataldo Exhibit 13     On Board Training
Amtrak-DeCataldo Exhibit 14     Index from Amtrak Investigation Report Binders
Amtrak-DeCataldo Exhibit 15     Page C-95
Amtrak-DeCataldo Exhibit 16     Memo, 8-3-02, to E.S. Bagley from Lynn Bowersox


Hathaway Exhibit 1     Statement signed 10/9/03
Hathaway Exhibit 2     MBTA Statement of Accident signed 10/9/03
Hathaway Exhibit 3     Handwritten List of Events signed 5/10/05


Kinsella Exhibit 1     Statement dated 8/6/02  (obtained by plaintiff)
Kinsella Exhibit 2     MBTA Statement dated 10/25/02 (pages missing)
Kinsella Exhibit 1A    MBTA Statement dated 10/25/02 (complete statement)
Kinsella Exhibit 2A    Original Statement dated 8/6/02  (obtained by plaintiff)


Ferrante-Crocker Exhibit 1    Document dated 8/7/02
Ferrante-Crocker Exhibit 2    MBTA Statement
Ferrante-Crocker Exhibit 4    Notes


Rose Exhibit 2         Statement
Rose Exhibit 3         Statement
Rose Exhibit 4         Statement
Rose Exhibit4A         Statement
Rose Exhibit 5         Statement


Wyman Exhibit 2        Statement
Wyman Exhibit 3        Statement
Wyman Exhibit 3A       Statement
Wyman Exhibit 4        Statement


MBTA-Barry Exhibit 1          Deposition Notice
MBTA-Barry Exhibit 2          MBTA Answers to Interrogatories
MBTA-Barry Exhibit 7          MBTA / Amtrak Contract Service Changes

MBTA-Barry Exhibit 28  Supplemental Response to P's 1st RPDs
MBTA-Barry Exhibit 29  Second Supplemental Response to P's 1st RPDs
Amtrak Answers to Interrogatories

  Plaintiff reserves the right to offer at trial any exhibit disclosed or identified by any other

party in the case and, further, reserves the right to supplement this list as and when appropriate in

light of discovery responses and documents from the defendants which remain outstanding.

       Respectfully submitted, Plaintiff, Marlene V. Allen,
       Executrix of the Estate of James R. Allen, Ph.D.
       By Her Attorneys,

       */s/ Bradley M. Henry*
       _____
       Leo V. Boyle, BBO No. 052700
       Bradley M. Henry, BBO No. 559501
       MEEHAN, BOYLE, BLACK & FITZGERALD, P.C.
       Two Center Plaza, Suite 600
       Boston, MA  02108-1922
       (617) 523-8300

### CERTIFICATE OF SERVICE

  I, Bradley M. Henry, certify that on August 26, 2005, I served the foregoing Plaintiff's Pretrial Disclosure of Exhibits Pursuant to Fed. R. Civ. P. 26(a)(3) and L.R. 16.5(C) by electronic filing and by mailing an exact copy thereof, first class mail postage prepaid to all counsel:  Michael J. McCormack, Esq., David T. Mitrou, Esq. and Amy M. Soisson, Esq., McCormack & Epstein, 1 International Pl. - 7th Fl., Boston, MA 02110; William J. Dailey, Jr., Esq. and Harry A. Pierce, Esq., Sloan and Walsh, 3 Center Plaza, Boston, MA 02108.

       */s/  Bradley M. Henry*
       _____
       Bradley M. Henry