UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

MARLENE V. ALLEN, Executrix of the
Estate of JAMES R. ALLEN, PH.D.,,

    Plaintiff

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
NATIONAL RAILROAD PASSENGER
SERVICE (A/K/A "AMTRAK") AND CSX
TRANSPORTATION, INC.,

    Defendant.

Civil Action
No. **04-12080-PBS**

### DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S PRETRIAL DISCLOSURES

Defendant National Railroad Passenger Corporation ("Amtrak") submits this disclosure statement pursuant to Fed. R. Civ. P. 26(a)(3) and Local Rule 16.5(C).

*(A)*    Witnesses

Amtrak expects or may call the following witnesses if not called by Plaintiff or MBTA:

1. James Peros    (Expect)
   16 Harrington Street
   East Falmouth, Massachusetts

2. Susan Bergeron    (Expect)
   106 Wilson Avenue
   Warwick, Rhode Island

3. Walter LaCombe    (Expect)
   9 Newell Lane
   Attleboro, Massachusetts

4. Bruce Held    (Expect)
   84 John Ewer Road
   Sandwich, Massachusetts

5.  Michael O'Malley                (May)
    33 Nowell Road
    Melrose, Massachusetts

6.  Daniel Peters                   (Expect)
    15 Calebs Lane
    Rockport, Massachusetts

7.  Suzanne Rose                    (Expect)
    24 Village Brook Lane
    Natick, Massachusetts

8.  Alicia Wyman                    (Expect)
    426 Conant Street
    Weston, Massachusetts

9.  Rebecca Ferrante Crocker        (Expect)
    20 Lake Street
    Natick, Massachusetts

10. Jeanne Hathaway                 (Expect)
    45 Elmwood Road
    Wellesley, Massachusetts

11. Edmund Kinsella                 (Expect)
    14 Lincoln Street
    Natick, Massachusetts

12. Robert J. Myerburg              (Expect)
    Professor of Medicine/Physiology
    University of Miami, School of Medicine
    Division of Cardiology
    1611 N.W. 12th Avenue
    Central Building, Suite C409
    Miami, FL 33136

13. Dale Boam       (Last known information)        (May)
    42 Silver Hill, Apt. 2
    Natick, Massachusetts
    508-655-3346

14. Richard Messinger               (May)
    30 Windsor Avenue
    Natick, Massachusetts

15. John Manning                                (May)
    c/o MBCR
    South Station
    Boston, Massachusetts

16. William Rae                                 (Expect)
    c/o MBCR
    South Station
    Boston, Massachusetts

17. Kevin Kadlick                               (May)
    c/o MBCR
    South Station
    Boston, Massachusetts

18. Michael Decataldo                           (May)
    c/o Amtrak
    South Station
    Boston, Massachusetts

19. Raymond J. Ciarlo                           (May)
    c/o Amtrak
    South Station
    Boston, Massachusetts

20. Peter Pasciucco                             (May)
    MBTA Police Department
    240 Southampton Street
    Roxbury, Massachusetts

21. Donald Weiner, M.D.                         (Expect)
    BU School of Medicine
    88 East Newton Street
    Boston, Massachusetts

22. Larry Beard                                 (Expect)
    Amtrak
    60 Massachusetts Ave, NE
    Washington D.C.

22. Reginald Durden                             (Expect)
    CSX
    1 Bell Crossing Road
    Selkirk, NY

3

23. Richard Moran                          (May)
    CSX
    1 Bell Crossing Road
    Selkirk, NY

24. Paul Carroll
    c/o MBCR
    South Station
    Boston, MA

Amtrak further reserves the right to call any witness identified by the plaintiff or MBTA at the trial of this matter as the need develops.

(B)     *Deposition Testimony Designation*

To the extent unavailable, Amtrak may seek to introduce certain deposition testimony of Mr. Durden and/or Mr. Moran if unavailable. Amtrak does not expect other witnesses to be unavailable, but the extent deposed witnesses become unavailable necessitating the need to present their testimony through deposition, Amtrak will immediately notify the Court and other parties. Amtrak reserves the right to counter-designate deposition testimony in response to the filings of other parties.

(C)     *Evidence*

Amtrak expects to introduce the following evidence during the liability phase of the trial:

1. Event Recorder Data;

2. Timeline Prepared by MBTA from Event Recorder Data regarding train movement of P514;

3. Transcripts of Radio Communications involving P514, its crew and the subject incident;

4

4. Transcript of Peros Cell Phone Call to Amtrak ACTD;

5. Allen Medical Records;

6. Amtrak Training Materials

    Including:

    - Prepare 2000 and Prepare 2002 training materials
    - Record of Attendance of Prepare 2000 class for train crew
    - Record of Attendance of Prepare 2002 class for Bergeron

7. MBTA Emergency Preparedness Plan

8. Amtrak CSX Joint Emergency Preparedness Plan

9. Amtrak Timetable, Special Instructions, Bulletins and Customer Service Notices applicable on July 30, 2002;

10. CSX Timetable Special Instructions, Bulletins and Customer Service Notices applicable on July 30, 2002;

11. Public Schedule in effect and applicable on July 30, 2002;

12. Track Map;

13. Representative Diagram of Coach Car;

14. Tax Records for Marlene and James Allen for 1998, 1999, 2000, 2001, 2002;

15. Tax Records for Marlene Allen for 2003, 2004 and 2005;

16. NORAC Operating Rules in effect on July 30, 2002;

17. Incident Timeline;

18. Operating Agreement between Amtrak and MBTA and attachments;

The following items Amtrak maintains would solely be relevant and otherwise admissible during any punitive damage phase conducting after a finding by the jury that the conduct of one or both defendants warrants punitive damages:

    19.    Amtrak financial information;

    20.    Rule changes following the incident;

    21.    Post Accident Disciplinary Investigation and Action; and

    22.    TRA Report and attachments.

_____

Amtrak reserves the right to introduce any proposed exhibit identified by the plaintiff or MBTA to the extent same is admissible, relevant and is not introduced by the party identifying same.

    National Railroad Passenger Corporation,
    Defendant,
    By its Attorneys,

    /s/ David T. Mitrou
    _____
    Michael J. McCormack
    BBO #329680
    David T. Mitrou
    BBO #645775
    McCORMACK & EPSTEIN
    One International Place
    Boston, MA 02110
    (617) 951-2929

Date: August 26, 2005

Certificate of Service

I, David T. Mitrou, certify that on August 26, 2005, I served the foregoing Plaintiff's Pretrial Disclosure by electronic filing and by mailing an exact copy thereof, first class mail postage prepaid to all counsel: Leo V. Boyle, Esq., Bradley M. Henry, Esq., Meehan, Boyle, Black & Fitzgerald, P.C., Two Center Plaza, Suite 600, Boston, MA 02108; William J. Dailey, Jr., Esq. and Harry Pierce, Esq., Sloane and Walsh, 3 Center Plaza, Boston, MA 02108

    /s/ David T. Mitrou
    David T. Mitrou