UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 04-CV-12080-PBS

|  |  |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., <br>                           Plaintiff, <br> v. <br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC., <br>                           Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

THE DEFENDANT MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY'S PRETRIAL
DISCLOSURES PURSUANT TO RULE 26 (a) (3)

Pursuant to Rule 26 (a)(3) and Local Rule 16.5 (C), the defendant Massachusetts Bay Transportation Authority makes pretrial disclosures as follows:

A.    WITNESSES

(i)    Witnesses the MBTA Expects to Call

1.   Michael Mulhern
     10 Park Plaza
     Boston MA

2.   Anna Barry
     45 High St.
     Boston MA

3.   Michael O'Malley
     33 Nowell Rd.
     Melreose MA

4.   Donald A. Weiner, M.D.
     Boston University School of Medicine
     88 East Newton Street

      Boston MA

5.    Robert J. Myerberg, M.D.
      University of Miami School of Medicine
      1611 N.W. 12th Ave.
      Central Bldg, Suite C409
      Miami, FL

      (ii)    <u>Witnesses the MBTA May Call</u>

1.    Bruce Held
      84 John Ewer Road
      Sandwich MA

2.    James Peros
      16 Harrington St.
      East Falmouth MA

3.    Susan Bergeron
      106 Wilson Ave.,
      Warwick R.I.

4.    Walter LaCombe
      9 Newell Lane
      Attleboro MA

5.    Jeanne Hathaway, M.D.
      45 Elmwood Road
      Wellesley MA

6.    Suzanne Rose
      24 Village brook Lane
      Natick MA

7.    Edmund Kinsella
      14 Lincoln St.
      Natick MA

8.    Alicia Wyman
      427 Conant Road
      Weston MA

9.    Rebecca Ferrante Crocker
      10 Walden Drive, Unit 3
      Natick MA

10.   Richard O. Cummins, M.D.

        University of Washington Medical Center
        1959 N.E. Pacific St.
        Seattle, WA

11.    Michael B. Fowler, M.D.
        Stanford University Medical Center
        Stanford CA

12.    Julian M. Aroesty, M.D.
        Beth Israel Deaconess Medical Center
        330 Brookline Ave.
        Boston MA

13.    Daniel Peters
        15 Calebs Lane
        Rickport MA

14.    Michael DeCataldo
        71 Village Pond Road
        Guilford, CT

15.    Larry R. Beard
        60 Massachusetts Ave NE
        Washington DC

16.    Reginald A. Durden, Jr.
        19 Mohawk Trail
        Slingerlands NY

17.    Richard L. Moran
        4064 Albany St.
        Schenectady NY

18.    Raymond DiCarlo
        Amtrak - South Station
        Boston MA

19.    Dale Boam
        42 Silver Hill, Apt. 2
        Natick MA

20.    Richard Messinger
        30 Windsor Ave.
        Natick MA

21.    John Manning
        MBCR South Station

      Boston MA

22.    William Rae
        MBCR South Station
        Boston MA

23.    Kevin Kadlick
        MBCR South Station
        Boston MA

24     Peter Pasciucco
        MBTA Police
        240 Southampton St.
        Roxbury MA

      The MBTA further reserves the right to call any witness identified by the plaintiff or Amtrak at the trial of this matter as the need develops.

      B.    <u>DEPOSITION TESTIMONY</u>

None deemed necessary at this time, subject to witness availability problems.

      C.    <u>EXHIBITS</u>

      (i)    <u>MBTA Records the MBTA Expects to Introduce</u>

Operating Agreement between the MBTA and the National Railroad Passenger Corporation with amendments and attachments 9/1/95

Conrail – MBTA Trackage Rights Agreement with amendments and attachments 7/1/85

Transportation Resources Associates Report and attachments 1/15/03, 5/14/03, 6/6/03

MBTA Passenger Train Emergency Preparedness Plan and attachments 11/27/01, 1/23/04

Passenger Train Emergency Preparedness Plan – Massachusetts Bay Transportation Authority – Commuter Rail. 11/16/8 revised through 11/27/01

NORAC Operating Rules (7th Ed.) 1/17/00

      (ii)    <u>MBTA Records That May be Introduced
           on Liability or Punitive Damages Phase</u>

  MBTA Police Department Journal Incident Report 7/31/02
  MBTA Police – Summary of Investigation 8/8/02
  MBTA Police – Summary of Information re: Death of James Allen
  MBTA Police – Summary of Info. from Quantum Data Recorder re: Station Stops

   MBTA Police Flyer looking for witnesses 7/30/02
   Witness Interviews Typed by MBTA Detective Lewis Best:
   Cover Sheet Listing 18 Witnesses by Name
   Anthony Dendler  8/6/02
   Bashi Dehestani  8/6/02
   Cynthia Kelly  8/6/02
   Irena Frenkel  8/6/02
   Maryann Donovan  8/7/02
   Isioma Maduemezia  8/7/02
   Richard Messinger  8/6/02
   Michael Elsenberg  8/6/02
   Rebecca Ferrante  8/7/02
   Suzanne Rose 8/5/02
   Email from Suzanne Rose  7/30/02
   James Vaughn  8/7/02
   Clifford Avey  8/5/02
   Alicia Wyman  8/8/02
   Sean Harding  8/9/02
   Garry O'Brien  8/14/02
   Jeanne Hathaway   8/14/02
   Typed Statement of Jeanne Hathaway  8/1/02
   Typed Statement of Jeanne Hathaway  10/9/03
   Mark Christopher  8/7/02
   Email from Christopher Mark 7/30/02
   Veronica Melendez  8/9/02
   Email from John Chansky  7/31/02
   Email from Julie Fleming 7/30/02
   Alicia Wyman 10/6/03
   Suzanne Rose 10/2/03
   Jeanne Hathaway  10/9/03
   Rebecca Ferrante Crocker  10/3/03
   Bashi Dehestani 10/2/03
   Suzanne Rose Diagram of Seating
   Bashi  Dehestani Diagram of Seating
   Rebecca Ferrante Diagram of Seating
   Alicia Wyman Diagram of Seating

Handwritten notes from Steven Jones's file
Letter from Stephen A. Jones, dated July 31, 2002, to Michael J. O'Malley
Letter from Stephen A. Jones, dated August 2, 2002, to Michael J. O'Malley
Letter from Anna M. Barry, undated, to Kevin E. Lydon
Letter from Michael J. O'Malley, dated August 1, 2002, to Anna Barry
Letter from E.S. Bagley, Jr. to Michael Mulhern, dated August 2, 2002
Fax from F. J. O'Connor, Jr., dated September 3, 2002, to Anna M. Barry regarding On-Board Medical Emergencies
Memo of Anna Barry to her staff regarding letter to Kevin Lyden 7/31/02  Memorandum from

Stephen A. Jones to Anna M. Barry 7/2/03
Memorandum and attachments from Nelson Chin to Anna Barry 3/28/02
List of Training Classes from Steve Jones's file
Memorandum from David Clough to Staff, 11/28/01
Amtrak Bulletin to Employees, 8/1/02
MBTA Notification Procedures from Steve Jones's file.
Memorandum from Cynthia Gallo to Bill Fleming 8/2/02
Medical Emergency Procedures meeting roster 9/4/02.
General Manager Briefing – Medical Emergency Procedure Review 3/25/03
General Manager Briefing 7/30/02
Attendance Roster of Emergency response Meeting 8/1/02.
Amtrak Meetings between 7/25/02 and 9/25/02.
MBTA Operations Control Center Standard Operation Procedures for responding to medical emergencies (subway and light rail)
MBCR Commuter Rail Service Employee Timetable No. 4 effective 4/25/05.
American Public Transp. ssn. Audit of Safety Management at MBTA 12/02
Safety Policy/Procedures Meeting Notice 8/6/02
On-Board Medical Emergency Service Notice
Letter of Michael J. O'Malley to Anna Barry 8/1/02
TRA   proposal dated 8/26/02
MBTA internal memorandum re: TRA 8/28/02
TRA letter to Anna Barry 6/12/03
MBTA letters to TRA 8/27/02, 8/28/02
Anna Barry memorandum to Kenneth Korach 5/8/03
Emails from Kenneth Korach to Anna Barry 10/9/02, 1/14/03, 5/7/03, 5/15/03
Emails Kenneth Korach to Mary Wilson 8/26/02, 11/18/02, 12/6/02
Email Kenneth Korach to John Vazquez 1/2/03
Dear Colleague letter of Anna Barry re survey
MBTA Police Chief Carter to Anna Barry 4/4/03
Documents regarding Standard Operation Procedures Revision of August 2, 2002
Standard Operation Procedures for YCN Transportation
Standard Operation Procedures for The RIDE
Standard Operation Procedures for Veterans
Standard Operation Procedures for Greater Lynn Senior Services
Standard Operation Procedures for Kiessling Transit, Inc.
Emergency Procedure for Green Line Employees
Memorandum from Stephen A. Jones to Mary Wilson 4/3/03
Letter to David Snyder from Anna Barry 10/25/03
Email Michelle von Vital to Anna Barry 12/30/02
Letter from Michael Mulhern to PTSI 9/6/02
Letter to Anna Barry from PTSI Transportation 9/11/02
Email from James Hill to Anna Barry 10/3/02
Email from James Hill to M.T. Wilson 10/10/02
Email from Anna Barry to Mary Wilson 10/18/02
Letter from Jerome Kirzner to Anna Barry 11/6/02
Handwritten Memorandum regarding Survey and attachments
Draft MBTA Emergency Responsive Procedures Action Item List

Roster of Meeting Attendees
Task A Summary of Incident/Investigation dated September 27, 2002  (M0885 – M0924)
See Summary of Medical Emergencies in Calendar Year 2005 and one month exemplar of Delay Detail Reported By Cause for the period June 1, 2004 to June 30, 2004
Memorandum to Anna Barry listing equipment required by federal regulations 7/6/05
Letter from Anna Barry to Michael DeCataldo  3/11/03
Letter from Jeff Stackpole to Mike Mulhern with attachments 8/2/02

Any other MBTA Related Document that has been produced on discovery or at depositions as it may become relevant.

        (iii)    Amtrak Records That May be Introduced
                       on Liability or Punitive Damages Phase

Amtrak Investigation Report with attachments, Text Downloads, Graph Download 8/3/02

Amtrak Passenger Train Emergency Preparedness Plan for Northeast Corridor Operations 5/8/00

Passenger Train Emergency Preparedness Plan - Amtrak - Northeast Corridor Operations

Passenger Train Emergency Preparedness Plan – 49 CFR Part 239 – Amtrak & CSX Transportation  10/30/98

Passenger Train Emergency Preparedness Plan – Amtrak – Off-Corridor Operations  10/30/98

Amtrak Northeast Corridor Operating Rules and Instructions

Amtrak New England Division Commuter Lines Employee Timetable No. 1

Amtrak Unusual Occurrence Report  8/2/02
Amtrak Non-Employee Injury Illness 8/2/02
Employee work history, training records, tests etc.
Annual Training Reports from Amtrak
Email from Francis J. O'Connor to All Amtrak Operations Personnel Amtrak Work Zone CS-1 7/31/02
Trip History Detail Report
Public Timetable
Letter from Dianne Cavaleri to James H. Scanlon 8/22/02.
Amtrak Prepare 2000 training course materials

Any other Amtrak Related Document that has been produced on discovery or at depositions as it may become relevant.

        (iv)    CSX Records That May Be Introduced

On Liability Or Damages Phase

CSX Operating Rules  1/1/99 rev. through 8/1/01

CSX Northeast Region Albany Division  Timetable No. 3   4/1/02

Any other CSX Related Document that has been produced on discovery or at depositions as it may become relevant.

(v) Medical Records Expected to Be Introduced

BOSTON EMS  (7/30/02)

BOSTON MEDICAL CENTER (7/10/02)

AUTOPSY REPORT  (7/31/02)

FAULKNER HOSPITAL  (4/2/01, 4/3/01, 4/4/01, 4/8/01, 4/11/01, 4/12/01, 4/13/01, 4/19/01, 4/26/01, 5/17/01, 11/23/01, 12/4/01, 12/11/01, 12/18/01, 1/8/02, 1/15/02, 1/22/02)

GROUP THERAPY  (4/4/01, 4/6/01, 4/11/01, 4/13/01)

DAVID SCHROEDER, M.D.  (2/6/02, 2/7/02, 2/10/02, 2/12/02, 2/25/02)

NEWTON-WELLESLEY HOSPITAL (6/15/00, 11/27/97, 4/13/95, 6/18/93, 10/28/87, 10/20/87, 10/19/87)

PROFESSIONAL PHARMACY

    The MBTA reserves the right to introduce any other medical records provided by CSX's keeper of the record subpoenas to the extent the need arises.

                Defendant MBTA
                By its attorneys,

                /S/ Harry A. Pierce
                William J. Dailey, Jr., BBO No. 112200
                Harry A. Pierce, BBO No. 399275
                Sloane & Walsh, LLP
                Three Center Plaza
                Boston, MA  02108
                (617) 523-6010
                hpierce@sloanewalsh.com

Dated:  August 26, 2005