UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-CV-12080-PBS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC., | ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT, MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S MOTION TO VACATE ORDER OF DISMISSAL OR IN THE ALTERNATIVE GRANT LEAVE TO FILE MOTION TO AMEND COMPLAINT**

The defendant, Massachusetts Bay Transportation Authority ("MBTA") respectfully moves this Court to vacate the order of dismissal entered on September 26, 2005 on the grounds that the MBTA and the plaintiff's counsel agreed that, prior to this action going to judgment, the MBTA would have a window of opportunity to file a motion for leave to amend its answer to file a cross-claim against Amtrak for indemnity.[1]

Counsel for plaintiff, speaking to the clerk on behalf of the other parties, understood that, when he reported the case as settled, the case would not be dismissed for thirty days. See Affidavit of Bradley M. Henry attached hereto. The MBTA did not

---
[1] A copy of the motion for leave to file amended answer and proposed amended answer and cross-claim is attached hereto.

assent to dismissal prior to filing its motion and counsel for plaintiff did not intend to provoke a dismissal.

The putative cross claim is well known to all the parties and it was served on and discussed with counsel for Amtrak long ago but purposefully never filed while the action remained unresolved concerning the plaintiff so as not to complicate the litigation, which it certainly would have done.

In the alternative, if, under the existing Order, the Court deems the present application one to reopen the proceeding for good cause because the settlement is not yet consummated, the MBTA respectfully submits that good cause has been shown to reopen the case.

Accordingly, the MBTA asks the Court to either vacate the order of dismissal or deem the present filing sufficient to reopen the case.

Respectfully submitted,

The Defendant,
Massachusetts Bay Transportation Authority,
By its attorneys,


/s/Harry A. Pierce
William J. Dailey, Jr., BBO# 112200
Harry A. Pierce, BBO# 399275
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA  02108
617-523-6010

Dated:  September 29, 2005

S:\ALLEN, ESTATE OF JAMES V. MBTA, ET AL - MB105-8087\Pleadings\Trial\Motion to vacate.doc