UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 04-CV-12080-PBS

| | |
|---|---|
| MARLENE V. ALLEN, Executrix of the Estate of James R. Allen, Ph.D., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATIONAL RAILROAD PASSENGER SERVICE (a/k/a "AMTRAK") and CSX TRANSPORTATION, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT A TO PROPOSED AMENDED ANSWER
AND CROSSCLAIM OF MBTS: OPERATING AGREEMENT**

September 29, 2005

                                        Attorney For
                                        Massachusetts Bay Transportation Authority
                                        /s/ Harry A. Pierce
                                        William J. Dailey, Jr. BBO 112200
                                        Harry A. Pierce BBO # 399275
                                        Sloane and Walsh
                                        Three Center Plaza
                                        Boston, Massachusetts 02108
                                        (617) 523-6010
                                        hpierce@sloanewalsh.com

S:\ALLEN, ESTATE OF JAMES V. MBTA, ET AL - MB105-8087\Pleadings\Trial\Notice of Filing 9-29-05.doc