UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Marlene Allen
                Plaintiff,                CIVIL ACTION
                                                    NO.  04-12080-PBS
     v.

Massachusetts Bay Transportation Authority, et al
                Defendants.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                  October 11, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Vacate Settlement Order of Dismissal on **November 9, 2005**, at **4:15 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                   By the Court,


                                                 /s/ Robert C. Alba
                                                Deputy Clerk

Copies to:  All Counsel