IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12080-PBS

MARLENE ALLEN,

        Plaintiff,

vs.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, et al.

        Defendants

## ENTRY OF APPEARANCE

I hereby enter my appearance for the defendant, THE NATIONAL RAILROAD PASSENGER CORPORATION, in the above-captioned matter.

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a Amtrak
By its attorneys,

*Paul E. Dwyer*
Paul E. Dwyer, Jr., Esq. (BBO #553848)
Edwards & Angell LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200

PRV_760710_1/

- 2 -

## CERTIFICATE OF SERVICE

I certify that on this 18th day of October, 2005, I caused a copy of the foregoing *Motion to Admit Attorney Mark S. Landman Pro Hac Vice* to be served on the plaintiff's counsel of record via first class mail, postage pre-paid.

_____
Paul E. Dwyer, Jr.

- 2 -

PRV_760710_1/