IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12080-PBS

MARLENE ALLEN,

   Plaintiff,

vs.

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, et al.

   Defendants

## MOTION FOR ENTRY OF APPEARANCE OF MARK S. LANDMAN PRO HAC VICE

Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") hereby requests that this Court allow attorney Mark S. Landman, leave to appear before this Court pro hac vice to represent Amtrak in the above-captioned action. In support of this motion, Amtrak states that:

1. Mark S. Landman is a partner with the firm of Landman Corsi Ballaine & Ford P.C., 120 Broadway, New York, New York 10271, and is a member in good standing of the bars of State of New York, State of Pennsylvania, District of Columbia, Southern District of New York, Eastern District of New York, Western District of New York, Northern District of New York, District of Columbia, Eastern District of Pennsylvania, Northern District of Illinois, Eastern District of Michigan and the United States Second Circuit Court of Appeals.

2.  Mark S. Landman has represented Amtrak continuously since 1980 in a number of matters. His experience and knowledge of Amtrak's practices and procedures would greatly benefit Amtrak in this matter. Furthermore, Mr. Landman has continuously rendered legal advice to Amtrak regarding this particular matter.

3.  The undersigned counsel for defendant, National Railroad Passenger Corporation d/b/a Amtrak, will sign all pleadings and maintain responsibility for the matter.

4.  The undersigned has consulted with counsel for the Massachusetts Bay Transportation Authority. The MBTA has no objection to this Motion being granted.

**WHEREFORE**, Amtrak requests that this Court allow attorney Mark S. Landman leave to appear in this action pro hac vice as counsel for Amtrak.

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a Amtrak
By its attorneys,

_____
Paul E. Dwyer, Jr., Esq. (BBO #553848)
Edwards & Angell LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200

- 3 -

## CERTIFICATE OF SERVICE

I certify that on this 21st day of October, 2005, I caused a copy of the foregoing *Motion to Admit Attorney Mark S. Landman Pro Hac Vice* to be served on the plaintiff's counsel of record via electronic filing.

Paul E. Dwyer, Jr.