UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12080-PBS

| | |
|---|---|
| MARLENE ALLEN, | : |
| Plaintiff, | : |
| vs. | : |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, et al. | : |
| Defendants | : |

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. §1746**

I, MARK S. LANDMAN, do hereby declare under pains and penalties of perjury,

1. I am a member of the law firm of Landman Corsi Ballaine & Ford P.C., 120 Broadway, P.C., New York, New York 10271.

2. I was admitted to the bar in the State of New York in 1977, the bar of the State of Pennsylvania in 1997, and the bar of the District of Columbia in 1979.

3. I am admitted to appear before the following federal courts: Southern District of New York, Eastern District of New York, Western District of New York, Northern District of New York, District of Columbia, Eastern District of Pennsylvania, Northern District of Illinois, the United States Second Circuit Court of Appeals and the United States Supreme Court.

4. I have represented the National Railroad Passenger Corporation continuously since 1980.

405893.1

5. I was an attorney employed by the National Railroad Passenger Corporation from 1980 to 1982, with my last title being "Assistant General Counsel".

6. I have represented the National Railroad Passenger Corporation in the following jurisdictions: New York, New Jersey, Pennsylvania, Florida, The District of Columbia, Missouri, Michigan, Illinois and Federal District Court in Massachusetts. I have a long-standing attorney-client relationship with the National Railroad Passenger Corporation and my experience would greatly benefit the client in this matter. I am familiar with the contract between the Massachusetts Bay Transportation Authority and Amtrak upon which claims may be based in this matter.

7. I have never been held in contempt of court, censored, suspended or disbarred by any court. I am a member in good standing of the bar of every jurisdiction in which I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

8. I agree to faithfully adhere to the Rules of Court for the United States District Court for the District of Massachusetts.

9. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed on October 19, 2005

_____
Mark S. Landman